**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **The Treatment Center of the Palm Beaches, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-3765902** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4905 Lantana Road**<br>**Lake Worth, FL 33463**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Palm Beach**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) **thetreatmentcenter.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor     **The Treatment Center of the Palm Beaches, LLC**                    Case number (*if known*) _____
       Name

**7.** **Describe debtor's business**   A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **6232**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

�» No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

�» No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | The Treatment Center of the Palm Beaches, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **The Treatment Center of the Palm Beaches, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **April 19, 2018**
                MM / DD / YYYY

**X** **/s/ Judi Gargiulo**                           **Judi Gargiulo**
Signature of authorized representative of debtor      Printed name

Title    **Manager**

---

**18. Signature of attorney**

**X** **/s/ Robert C. Furr**                    Date   **April 19, 2018**
Signature of attorney for debtor                       MM / DD / YYYY

**Robert C. Furr 210854**
Printed name

**Furr & Cohen**
Firm name

**2255 Glades Rd.**
**Suite 337W**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone   **561-395-0500**        Email address

**210854 FL**
Bar number and State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>The Treatment Center of the Palm Beaches, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 19, 2018**    X */s/ Judi Gargiulo*
                                     Signature of individual signing on behalf of debtor

                                     **Judi Gargiulo**
                                     Printed name

                                     **Manager**
                                     Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **The Treatment Center of the Palm Beaches, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express PO Box 650448 Dallas, TX 75265-0448** | | **Credit Card** | | | | $613,350.16 |
| **Chase Cardmember Service PB 15153 Wilmington, DE 19886** | | **Credit Card** | | | | $101,156.43 |
| **Corepoint Health, LLC 3010 Gaylord Parkway Suite 320 Frisco, TX 75034** | | **Internal and External Health Data Integration Services (IT Support)** | | | | $10,000.00 |
| **Drug Testing Program Managment 30022 Greenhill Blvd., NW Fort Payne, AL 35968** | | **Lab expense** | | | | $14,586.69 |
| **ESPN 310 W. Wisconsin Ave Suite 100 Milwaukee, WI 53203** | | **Marketing** | | | | $19,500.00 |
| **Google AdWords Dept: 33654, P.O. Box 39000 San Francisco, CA 94139** | | **Marketing** | | | | $589,278.28 |
| **Hutchinson & Huffman, P.A. 515 N Flagler Dr. #401 West Palm Beach, FL 33401** | | **Legal Services** | | | | $10,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **The Treatment Center of the Palm Beaches, LLC**                    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Labratory Managament Consultants 109 Parkway Street Hazard, KY 41701** | | **Lab expense** | | | | **$10,000.00** |
| **Marin Software, inc 123 Mission Street, 27th Floor San Francisco, CA 94105** | | **I.T. Software** | | | | **$30,000.00** |
| **Med Pro Billing, Inc 7200 West McNab Road Fort Lauderdale, FL 33321** | | **Billing Collections** | | | | **$838,344.83** |
| **Miami Dolphins Brodsky Fotiu-Wojtowicz, PLLC 169 E. Flagler Street Miami, FL 33131** | | **Breach of Contract Lawsuit: 17-25375** | **Unliquidated** | | | **$165,312.50** |
| **National Media Connection Two union Plaza, Suite 104 New London, CT 06320** | | **TV Advertising** | | | | **$20,700.00** |
| **Netsmart Techologies, Inc P.O. Box 823519 Philadelphia, PA 19182-3519** | | **Electronic Health Records Service** | | | | **$205,640.26** |
| **Outfrond Media PO Boix 33074 Newark, NJ 07188-0074** | | **Billboards** | | | | **$36,410.36** |
| **Palm Beach County Tax Collector P.O. Box 3715 West Palm Beach, FL 33402-3715** | | **proporty control no: 00-42-44-36-33-000-000** | | | | **$122,052.55** |
| **Palm Beach County Tax Collector P.O. Box 3715 West Palm Beach, FL 33402-3715** | | **Property Taxes** | | | | **$10,649.12** |
| **Philadelphia Insurance Companies P.O. Box 70251 Philadelphia, PA 19176-0251** | | **Insuance Premium** | | | | **$11,166.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor  **The Treatment Center of the Palm Beaches, LLC**                    Case number *(if known)* _____
  Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Shoppes of Atlantis 5905 S. Congress Avenue Lake Worth, FL 33462** | | Rent | | | | $24,110.36 |
| **WPTV/Scripps Media 110 Banyan Blvd West Palm Beach, FL 33401** | | marketing | | | | $19,775.00 |
| **Zenith Insurance Company 4415 Collections Center Drive Chicago, IL 60693-0044** | | Insurance Premium | | | | $12,935.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **The Treatment Center of the Palm Beaches, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

Part 1: **Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*...................................................................................... $    **6,298,466.00**

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*................................................................................... $    **4,779,795.57**

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..................................................................................... $    **11,078,261.57**

---

Part 2: **Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $    **3,146,425.09**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................. $    **135,982.73**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$    **2,843,335.39**

4. **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b                                                      $    **6,125,743.21**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **The Treatment Center of the Palm Beaches, LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$2,700.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking** | **4148** | $202,724.67 |
| 3.2. | **JP Morgan Chase Bank, N.A.** | **Checking** | **1173** | $3.70 |
| 3.3. | **JPMorgan Chase Bank, N.A.** | **Savings** | **6772** | $4.45 |
| 3.4. | **JP Morgan Chase Bank, N.A.** | **Checking** | **9926** | $4,963.64 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| $210,396.46 |

**Part 2:        Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor     **The Treatment Center of the Palm Beaches, LLC**                    Case number *(If known)* _____
Name

- [ ] No.  Go to Part 3.
- [x] Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **HOP4W, Inc - Rent Security Deposit** | $23,000.00 |
| 7.2. | **The City of Lake Worth Electric Deposit** | $2,625.00 |
| 7.3. | **The City of Lake Worth Water Deposit** | $2,675.00 |
| 7.4. | **Florida Public Utilities - Natural Gas Deposit** | $1,675.00 |
| 7.5. | **Florida Power and Light - Utitlity Deposit** | $1,747.07 |
| 7.6. | **Connections for Business - Security Deposit for IT Service** | $74,746.19 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                        | $106,468.26 |
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

- [ ] No.  Go to Part 4.
- [x] Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **5,087,561.23**    -    **1,700,000.00** = ....    **$3,387,561.23**
                            face amount            doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                       | $3,387,561.23 |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

- [x] No.  Go to Part 5.
- [ ] Yes Fill in the information below.

Debtor    **The Treatment Center of the Palm Beaches, LLC**                    Case number *(If known)* _____
          Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**  **Raw materials** | | | | |
| **20.**  **Work in progress** | | | | |
| **21.**  **Finished goods, including goods held for resale** | | | | |
| **22.**  **Other inventory or supplies** **Medical Equipment - see attached inventory list** | | **Unknown** | | $10,067.03 |
| **Kitchen Equipment - see attached list** | | **Unknown** | | $14,359.15 |

| **23.**  **Total of Part 5.** | $24,426.18 |
|---|---|

Add lines 19 through 22.  Copy the total to line 84.

**24.    Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**  **Office furniture** **See Attached List: This amount includes office fixtures** | $237,000.00 | Tax records | $100,000.00 |

Debtor   **The Treatment Center of the Palm Beaches, LLC**                Case number *(If known)* _____
           Name

40.     **Office fixtures**

41.     **Office equipment, including all computer equipment and communication systems equipment and software**
        **See Attached List**                    $179,817.00     Tax records              $50,000.00

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**                                                          | $150,000.00 |
        Add lines 39 through 42.  Copy the total to line 86.

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
        ☐ No
        ■ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.     **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2008 Chevrolet Express 3500 Passenger Van**<br>**Vin#1GAHG39K081225456** | $0.00 | Comparable sale | $6,492.00 |
| 47.2.   **2008 Chevrolet Express 3500 LT Passenger Van**<br>**Vin# 1GAHG39K681158832** | $0.00 | Comparable sale | $5,415.00 |
| 47.3.   **2012 Honda Insight**<br>**Vin# JHMZE2H35CS002479** | $0.00 | Comparable sale | $5,058.00 |
| 47.4.   **2011 Chevrolet Express**<br>**Vin#1GAZG1FG2B1123561** | $0.00 | Comparable sale | $11,702.00 |
| 47.5.   **2012 Chevrolet Van**<br>**Vin# 1GAZG1FG4C1111526** | $0.00 | Comparable sale | $7,742.00 |
| 47.6.   **2005 Ford PK**<br>**Vin# 1FTRF12W25NA33024** | $0.00 | Comparable sale | $2,076.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **The Treatment Center of the Palm Beaches, LLC**    Case number *(If known)* _____
            Name

| 47.7. | 2013 Chevrolet Van Vin# 1GAZG1FG5D1158422 | $0.00 | Comparable sale | $13,303.00 |
|---|---|---|---|---|
| 47.8. | 2013Chevrolet Van Vin# 1GAZG1FG8D1164411 | $0.00 | Comparable sale | $12,814.00 |
| 47.9. | 2013 Chevrolet Van Vin #1GAZG1FG6D1148241 | $0.00 | Comparable sale | $13,992.00 |
| 47.10. | 2015 Chevrolet Van Vin#1GAZG1FGOF1123631 | $0.00 | Comparable sale | $16,218.00 |
| 47.11. | 2015 Chevrolet Van Vin#1GAZG1FG9F1104107 | $0.00 | Comparable sale | $15,201.00 |

48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.     **Aircraft and accessories**

50.     **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.     **Total of Part 8.**                                                        | $110,013.00 |
        Add lines 47 through 50.  Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
        ☐ No
        ■ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

        ☐ No.  Go to Part 10.
        ■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor    **The Treatment Center of the Palm Beaches, LLC**
         Name

Case number *(if known)* _____

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **Office Location: 3083 Florida Mango Road Lake Worth, FL 33461**<br><br>**Legal Description: the South 75 Feet of the North 490 feet of the East One Half (E 1/2) of Tract 8. (Less the East 33 feet thereof for road right-of-way) and the West 132.05 Feet of the East 165 feet of the South 75 feet of the North 415 feet of Tract 8, all in the MODEL LAND COMPANY SUBDIVISION of section 20, Township 44 South, Range 43 East, Palm Beach County, Florida.** | Lease | $0.00 | | $0.00 |
| 55.2. | **Commercial Office Spaces:  at the Shoppes of Atlantis located at 5825, 5829, 5835, 5841, 5849 South Congress Ave Atlantis, Florida 33462.** | Lease | $0.00 | | $0.00 |
| 55.3. | **Real Property located at 4905 Lantana Road, Lake Worth, FL 33483** | Fee Simple | $2,482,985.64 | Tax records | $6,298,466.00 |

| | | |
|---|---|---|
| 56. | **Total of Part 9.**<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | $6,298,466.00 |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **The Treatment Center of the Palm Beaches, LLC**          Case number *(if known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** **Trademarks:** **The Treatment Center of the Palm Beaches -** **We Restore Hope.** **The Treatment Center of the Palm Beaches -** **We Restore Families.** **Teen Treatment Center of the Palm Beaches -** **We Restore Families.** | **Unknown** | | **Unknown** |
| 61.    **Internet domain names and websites** **Internet Domains:** **The Treatment Center.com** **HCCare.com** **TheChristianTreatmentCenter.com** **TheOutpatientteatmentcenter.com** | **Unknown** | | **Unknown** |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?
☐ No
■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable** Description (include name of obligor) **Note Receivable from Barry Laramee** **a minority owner** | |

| 71. Notes receivable | **204,514.00** - | **0.00** = | **$204,514.00** |
|---|---|---|---|
| | Total face amount | doubtful or uncollectible amount | |

Debtor    **The Treatment Center of the Palm Beaches, LLC**    Case number *(If known)*
                   Name

| | | | | |
|---|---|---|---|---|
| **Note Receivable from The Adolescent Treatment Center - Management Fee** | 586,416.44<br>Total face amount | - | 0.00<br>doubtful or uncollectible amount | = |
| | | | | **$586,416.44** |

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                          **$790,930.44**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **The Treatment Center of the Palm Beaches, LLC**                    Case number *(If known)*
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $210,396.46 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $106,468.26 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,387,561.23 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $24,426.18 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $150,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $110,013.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | $6,298,466.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $790,930.44 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,779,795.57 | + 91b. $6,298,466.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,078,261.57 |

**Computer Equipment:**

| | System No. | Date in Service |
|---|---|---|
| iMac Computer | 260 | 1/10/2012 |
| HP Computer Switch | 261 | 4/30/2012 |
| HP Switch Transceivers | 263 | 8/31/2012 |
| SignatureGem LCDs | 264 | 9/18/2012 |
| Signature Pads | 363 | 1/21/2013 |
| Mac Computer | 364 | 7/2/2013 |
| Mac Computer | 366 | 10/7/2013 |
| Mac Computer | 367 | 10/7/2013 |
| Apple iMac | 368 | 10/10/2013 |
| 3 HP 2530 - 48G Switches | 323 | 10/31/2013 |
| HP Pprocurve Switch 2530G - 48x | 324 | 10/31/2013 |
| APC Power Supply System | 325 | 10/31/2013 |
| HP 2530-48G Switch | 326 | 10/31/2013 |
| 27" iMac | 327 | 12/30/2013 |
| Apple 27" iMac Quad-Core Intel | 392 | 7/31/2014 |
| 4 HP 2920-24G Switches - 20 Ports - Manageable - 20 x RJ-45 7 x Expansion Slots | 435 | 3/31/2015 |
| 19" 5-Wire Resistive Touch Screen Computer | 437 | 4/30/2015 |
| Lenova Edge Laptop - Tony | 439 | 11/18/2015 |
| 106 Lenovo ThinkCentre Computers with Accessories | 440 | 11/27/2015 |
| 16 Lenovo ThinkCentre Computers with Accessories | 453 | 11/27/2015 |
| 4 Lenovo ThinkCentre Computers with Accessories | 454 | 11/27/2015 |
| 10 Lenovo ThinkCentre Computers with Accessories | 455 | 11/27/2015 |

| | | |
|---|---|---|
| 21 Lenovo ThinkCentre Computers with Accessories | 456 | 11/27/2015 |
| 27 Lenovo ThinkCentre Computers with Accessories | 457 | 11/27/2015 |
| 10 Lenovo ThinkCentre Computers with Accessories | 458 | 11/27/2015 |
| 8 Lenovo ThinkCentre Computers with Accessories | 459 | 11/27/2015 |
| 5 Lenovo ThinkCentre Computers with Accessories | 460 | 11/27/2015 |
| 20 Lenovo ThinkCentre Computers with Accessories | 461 | 11/27/2015 |
| 5 Lenovo ThinkCentre Computers with Accessories | 462 | 11/27/2015 |
| Apple 27" iMac with Retina 5K display | 441 | 11/30/2015 |
| Apple 13.3" MacBook Pro w/ 3 year protection plan | 442 | 11/30/2015 |
| Microsoft-Surface Book-Celina | 443 | 11/30/2015 |
| 10 Acer LED Monitors-21.5" | 444 | 12/31/2015 |
| 5 Indoor/Outdoor 2 Megapixel 1080P 3.6mm Lens cameras | 445 | 12/31/2015 |
| NVR732MP Atlantis Cameras | 482 | 1/31/2016 |
| 15 Lenova ThinkCentre Computers | 483 | 2/29/2016 |
| 15 Lenova ThinkCentre Computers | 484 | 3/31/2016 |
| Apple 13.3" MacBook | 485 | 3/31/2016 |
| Lenova 15.6" Thinkpad | 486 | 3/31/2016 |
| Lenova 15.6" Thinkpad | 487 | 3/31/2016 |
| Asset Tag Labels | 488 | 4/30/2016 |
| Lenova Thinkpad T540 | 489 | 4/30/2016 |
| 15 Thinkcentre Tower Computers | 490 | 4/30/2016 |

| | | |
|---|---|---|
| HP 2920-48G Switch Ports | 491 | 4/30/2016 |
| Thinkcentre M73 Computer | 493 | 4/30/2016 |
| 7 Lenova Thincetre Computers | 492 | 5/31/2016 |
| ASCOM Project Equipment | 494 | 5/31/2016 |
| 3 ThinkCentre M73 Workstations | 495 | 6/30/2016 |
| Signature Pads | 14 | 9/30/2017 |
| APC Smart-UPS, 4000 Watts Power Backup | 29 | 9/30/2017 |
| 10 Enterprise Wireless Access Points | 30 | 9/30/2017 |
| Signature Pads | 17 | 9/30/2017 |
| 58 Lenova ThinkCentre Computers | 36 | 9/30/2017 |
| Lenova Thinkpad T540 | 41 | 9/30/2017 |

**Furniture and Fixtures:**

USED single pedestal Desks
2 USED U-shaped Exec Desks
2 Hon Steel Storage Cabinet
4 Area Rugs
2 HON Steel Storage Cabinets
3- 30x60 Right Pedestal Desks
13 Guest Chairs
2 Dark Wood Occasional Chairs
Leather Sofa
4-Drawer Lateral File Cabinet
12 Bedroom Sets & Mattresses/Box Springs
10 Guest Chairs
2 Bedroom sets for 1 Room
8 Bistro Table Bases
Table Tops
4 Loveseats
Bedroom Furniture
22 Guest Chairs
Executive desks
Sofas
4 beds with headboards
Furniture
Ansel love seat
Task chairs
Furniture
Leather Loveseat
Settee
Furniture
Area Rug
Area Rug
Furniture
Office Furniture
Stack chair
2 Pedestal Desks
2 Pedestal Desks
6 Electric Beds
Furniture
8 Right Pedestal Desks
2 Double Pedestal  Desks
4 Right Pedestal Desks
3 Merlot Work Tables
Full Height 4 Door Credenza
6 PRE-OWNED Fabric Panels

34 Black Vinyl Guest Chairs
2 5-Drawer Lateral File Cabinets
3 Guest Chairs for HR Lobby
2 Double Pedestal Desks
Trade Show Booth & Counter
10 Black Vinyl Guest Chairs
6 Leather Chairs w/Arms
3 Asia End Tables
Office Furniture
6 Linon Home Decor
20 Black Vinyl Guest Chairs
Office Furniture
28 Main Street Chairs
5 Mainstreet Chairs
62 Reception chairs
The Healing Center sign - Shoppes of Atlantis
Pedestal Desks
Bookstore Furniture
2-30" x 66" L-shaped Desks
6 Bookshelves and 2 Ladders
30 Black Vinyl Guest Armchairs
Office Depot Office Furniture and Fixtures
36 Black Vinyl Slimline Guest Chai
8 Grey Mesh Workpro Office Chairs
16 Grey Mesh Workpro Office Chairs
160 21" Wide Hercules Church chairs-Community Room
Five-36" x 63" Mayline Medina desks
Three-20" x 48" Mayline Medina returns
Two-72" x 20" Mayline Medina storage credenzas
36" x 69" Mayline Medina open bookcase
36" x 20" Mayline Medina lateral file cabinet
Five-Mayline Medina mobile box files
Westbury L-Desk and Return
2 Gamma High Gloss White Desks
2 Hadley Accent Chairs
Manhattan Sofa
Blue Leather Sofa for Entrance
4 White Swivel Accent Chairs
Patient Bedroom Furniture
Recliner - Manny's Office
Patient Bedroom Furniture
Patient Bedroom Furniture
Patient Bedroom Furniture
Patient Bedroom Furniture
Herculies Series 21" Church Chairs

Patient Bedroom Furniture
Patient Bedroom Furniture
Church Chairs
Box Spring Seats

**Medical Equipment Inventory:**

Exam Table
2 Phillips Heartstart AED
USED Manual Ftboard Chiropractic Table
Vital Signs Spot Monitor w/ Stand
Xtreme Sobriety Recovery Lounge
Nexneuro Care- Universal Deluxe
Computer & Video Package
Exam Table
Xtreme Serenity Lounge Package
Used Tri WG 747 Chriopractice Aviator Table
5 Classic Powerlift massage tables
Used Utility Cart
Mattress
PiezoWave II Massage Machine
Earthlite Medical Equipment
Exam Table
Schiller Cardiovit AT-2 Plus EKG Machine
Used BodySound Serenity Chaise Lounge
Medical Equipment
2 Welch Allyn Mobile Vital Machines
Vitals Machine

**Office Equipment Inventory:**

Panasonic 54" Plasma Television
Panasonic Blu-Ray Theater
3 Walkie Talkies
5 Walkie Talkies
Comtech Global Systems
Projector Sound System
Fender Passport 300 Pro Amp
Enduro ID Card Printer & Software
Amplifier and 36 spearkers with wire and installation
195 Mintueman M12110
SSS 860002 20B Auto Floor Scrubber
Home Theater Projector w/ 2 year warranty
Canon XF100 Professional Camcorder
15 CS540 Telephone Headsets
4 Sony 1/3 Cameras
Digital Camera
Golf Cart
Stacked Washer Dryer
Lighting Kit
Camera System
Wireless Access Point
Turbo Air TOM-40LB 39" Open Display Merchandiser
NVR Camera System
Speed Queen 60lb. Washer
Office Furniture
Manfrotto 303SPH QTVR Spherical
Refrigerator-Pharmacy Lab
Inflatable Cinema Screen with HD
Additional Camera System
Edic Supernova 1200 Carpet Clean
40" 2 Swing Door Reach - In Refrigerator
Camera System - Shoppes of Atlantis
Speed Quenn Commercial Stack V
Cameras
Cameras
16.05MP Digital Single Lens Mirrorless Camera
Video Surveillance System
Diesel Generator
2 Additional Cameras-Shoppes of Atlantis
3 Additional Cameras-Shoppes of Atlantis
1 Additional Camera-Shoppes of Atlantis
1 Additional Camera-Shoppes of Atlantis
1 Additional Camera-Shoppes of Atlantis

2 Additional Cameras-Shoppes of Atlantis
1 Additional Camera-Shoppes of Atlantis
2 Speed Queen Commercial Heavy-Duty Stack Washer/Dryer

Road Worthy Trailers
Camera Surveillance System
Radios
Televisions
Radios
Fitness equipment
Radios
7 Megapixel Cameras
Ice/Water Dispenser Machine
Saber Compact 16 SP Automatic Floor Scrubber

**Kitchen Inventory:**

Metro C5 - Heated Holding & Proofing Cabinet
60" Restaurant Range/Oven
Restaurant Equipment
Restaurant Equipment
Metro Cart, Tray and Plate Holder
ATC Coolers 9.75 Cu.Ft Showcase
New Castor Heater Box
UniMac Commercial Washer/Dryer
In Freezer
Hoshizaki Ice Machine
Refrigerator
BBQ Grill
Food Bar
Ice Machine
True TOC-24 24"Undercounter Refrigerator
Ice Machine - Prodigy
Undercounter Dishwasher
Kool-IT 50"W x 77"H Open Air G
L-Shaped Walk-in Freezer
Nugget Ice/Water Dispenser Machine
Southbend 38" Electric SilverStar Convection Oven
Southbend 60 3/4" Restaurant Mixed Top Range-Ultimate 400 Series
Ice Cooled Salad Bar
Ice Machine
Gallery Inc. Hot and Cold Units
The WEBstaurant Store Equipment

**Fill in this information to identify the case:**

Debtor name  **The Treatment Center of the Palm Beaches, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **EverBank Commercial Finance, Inc**<br>Creditor's Name<br><br>**10 Waterview Blvd**<br>**2nd Floor**<br>**Parsippany, NJ 07054**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**September 10, 2013**<br>**Last 4 digits of account number**<br>**8099**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**All items of personal property leased pursuant to that certain Lease Agreement dated August 1, 2013.**<br><br>**Describe the lien**<br>**UCC**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,969.54** | **$4,969.54** |
| **2.2** **GreatAmerica Financial Services Corp**<br>Creditor's Name<br><br>**625 First Street**<br>**Cedar Rapids, IA**<br>**52401-2030**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**December 27, 2013**<br>**Last 4 digits of account number**<br>**8478** | **Describe debtor's property that is subject to a lien**<br>**Various Telephone Equipment and Software.**<br><br>**Describe the lien**<br>**UCC**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | **Unknown** | **Unknown** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor **The Treatment Center of the Palm Beaches, LLC**                     Case number (if know) _____
         Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.3** | **GreatAmerica Financial Services Corp**
Creditor's Name

**625 First Street**
**Cedar Rapids, IA**
**52401-2030**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**October 16, 2013**
**Last 4 digits of account number**
**8991**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Various Telephone Equipment**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

---

**2.4** | **J.P. Morgan, Chase Bank, NA**
Creditor's Name

**PB 29550**
**Phoenix, AZ 85038-9550**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**March 12, 2012**
**Last 4 digits of account number**
**9002**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Real Property located at 4905 Lantana Road, Lake Worth, FL 33483**

**Describe the lien**
**Note and Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,482,985.64**     **$6,298,466.00**

---

**2.5** | **JP Morgan Chase Bank, NA**
Creditor's Name

**P.O. Box 33035**
**Louisville, KY 40232-9891**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All Inventory, Chattel Paper, Accounts, Equipment and General Intangibles.**

**Describe the lien**
**UCC and Line of Credit**

**$643,875.80**     **$643,875.80**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 6

Debtor   **The Treatment Center of the Palm Beaches, LLC**                    Case number (if know) _____
_____
Name

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| _____ | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **March 15, 2012** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **897X** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **JP Morgan Chase Bank, NA** | | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|---|

**JP Morgan Chase Bank, NA**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**All Inventory, Chattel Paper, Accounts, Equipment and General Intangibles.**

**PB 9001871**
**Louisville, KY 40290**
Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**April 17, 2014**
**Last 4 digits of account number**
**5895**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **JP Morgan Chase Bank, NA** | | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|---|

**JP Morgan Chase Bank, NA**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**All Inventory, Chattel Paper, Accounts, Equipment and General Intangibles.**

**P.O. Box 33035**
**Louisville, KY 40232-9891**
Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**July 22, 2014**
**Last 4 digits of account number**
**8609**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor **The Treatment Center of the Palm Beaches, LLC**          Case number (if know) _____
          Name

| 2.8 | **JP Morgan Chase Bank, NA** | | | |

Creditor's Name

**P.O. Box 33035**
**Louisville, KY 40232-9891**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**July 22, 2014**
**Last 4 digits of account number**
**882X**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Describe debtor's property that is subject to a lien**            **Unknown**          **Unknown**
**All Inventory, Chattel Paper, Accounts, Equipment and General Intangibles.**
_____

**Describe the lien**
**UCC**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **JP Morgan Chase Bank, NA** | | | |

Creditor's Name

**P.O. Box 33035**
**Louisville, KY 40232-9891**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**July 22, 2014**
**Last 4 digits of account number**
**8870**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Describe debtor's property that is subject to a lien**            **Unknown**          **Unknown**
**All Inventory, Chattel Paper, Accounts, Equipment and General Intangibles.**
_____

**Describe the lien**
**UCC**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **JP Morgan Chase Bank, NA** | | | |

Creditor's Name

**P.O. Box 33035**
**Louisville, KY 40232-9891**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**November 13, 2015**
**Last 4 digits of account number**
**1809**

**Describe debtor's property that is subject to a lien**            **Unknown**          **Unknown**
**All Inventory, Chattel Paper, Accounts, Equipment and General Intangibles.**
_____

**Describe the lien**
**UCC and Line of Credit**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | The Treatment Center of the Palm Beaches, LLC | Case number (if know) | |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.11 | | | | |
|---|---|---|---|---|
| | **JP Morgan Chase Bank, NA** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
| | Creditor's Name | **Line of Credit - secured by security intrest** | | |

**PB 9001871**
**Louisville, KY 40290**

Creditor's mailing address

**Describe the lien**
**Note - Line of Credit - secured by security intrest**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
**February 28, 2017**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.12 | | | | |
|---|---|---|---|---|
| | **Konica Minolta Premier Finance** | Describe debtor's property that is subject to a lien | $14,594.11 | $14,594.11 |
| | Creditor's Name | **The collateral also includes all currently existing and future attachments, parts, accessories and add-ons for all of the foregoing equipment, and all products and proceeds thereof.** | | |

**10201 Centurion Parkway North**
**Suite 100**
**Jacksonville, FL 32256**

Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
**October 31, 2017**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**9868**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $3,146,425.09 |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

Debtor　**The Treatment Center of the Palm Beaches, LLC**　　　　Case number (if known)　_____
　　　　　Name

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line **2.1** | |
| **CT Lien Solutions**<br>**P.O. Box 29071**<br>**Glendale, CA 91209-9071** | Line **2.5** | |
| **CT Lien Solutions**<br>**P.O. Box 29071**<br>**Glendale, CA 91209-9071** | Line **2.2** | |
| **CT Lien Solutions**<br>**P.O. Box 29071**<br>**Glendale, CA 91209-9071** | Line **2.7** | |
| **CT Lien Solutions**<br>**P.O. Box 29071**<br>**Glendale, CA 91209-9071** | Line **2.8** | |
| **CT Lien Solutions**<br>**P.O. Box 29071**<br>**Glendale, CA 91209-9071** | Line **2.9** | |
| **CT Lien Solutions**<br>**P.O. Box 29071**<br>**Glendale, CA 91209-9071** | Line **2.10** | |
| **CT Lien Solutions**<br>**P.O. Box 29071**<br>**Glendale, CA 91209-9071** | Line **2.12** | |
| **JP Morgan Chase Bank**<br>**3399 PGA Blvd Ste 100**<br>**Floor 01**<br>**Palm Beach Gardens, FL 33410-2804** | Line **2.5** | |
| **JP Morgan Chase Bank, N.A.**<br>**PB 9001000**<br>**Louisville, KY 40290** | Line **2.11** | |
| **JP Morgan Chase Bank, NA**<br>**PB Box 71**<br>**Attn: Credit Line Review**<br>**Phoenix, AZ 85001** | Line **2.11** | |
| **JP Morgan Chase Bank, NA**<br>**PB 9001871**<br>**Louisville, KY 40290** | Line **2.11** | |
| **JP Morgan Chase Bank, NA**<br>**P.O. Box 33035**<br>**Louisville, KY 40232-9891** | Line **2.11** | |

Official Form 206D　　　　Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**　　　　page 6 of 6

**Fill in this information to identify the case:**

Debtor name   **The Treatment Center of the Palm Beaches, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1**

Priority creditor's name and mailing address
**Florida Department of Revenue**
**5050 West Tennessee Street**
**Tallahassee, FL 32399**

Date or dates debt was incurred

Last 4 digits of account number **Notice only**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$0.00**    Priority amount **$0.00**

**2.2**

Priority creditor's name and mailing address
**Internal Revenue Service**
**POB 7346**
**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

Last 4 digits of account number **Notice Only**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$0.00**    Priority amount **$0.00**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    35256                    Best Case Bankruptcy

Debtor   **The Treatment Center of the Palm Beaches, LLC**                      Case number (if known) _____
         Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,649.12 | $10,649.12 |
|---|---|---|---|---|

**Palm Beach County Tax Collector**
**P.O. Box 3715**
**West Palm Beach, FL 33402-3715**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/17 - 12/31/17**

Basis for the claim:
**Property Taxes**

Last 4 digits of account number **1409**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122,052.55 | $0.00 |
|---|---|---|---|---|

**Palm Beach County Tax Collector**
**P.O. Box 3715**
**West Palm Beach, FL 33402-3715**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2017 - 12/31/17**

Basis for the claim:
**proporty control no: 00-42-44-36-33-000-000**

Last 4 digits of account number **7747**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,281.06 | $3,281.06 |
|---|---|---|---|---|

**Palm Beach County Tax Collector**
**P.O. Box 3715**
**West Palm Beach, FL 33402-3715**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/17 - 12/31/17**

Basis for the claim:
**Property Taxes**

Last 4 digits of account number **7544**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
     out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,974.58 |
|---|---|---|---|

**Accountemps**
**2600 N Military Trail # 125**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Staffing Agency**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $845.30 |
|---|---|---|---|

**Ace Air Conditioning**
**P.O. Box 4012**
**Lake Worth, FL 33462**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs of air conditioning units for all properties**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **The Treatment Center of the Palm Beaches, LLC**                    Case number (if known) _____
                Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**3.3**  Nonpriority creditor's name and mailing address

Adam Bianchini, M.D.
9938 Via Amati
Lake Worth, FL 33467

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.4**  Nonpriority creditor's name and mailing address

ADP Screening and Selection Services
P.O. Box 645177
Cincinnati, OH 45264

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Criminal Background Checks Service**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,948.34**

---

**3.5**  Nonpriority creditor's name and mailing address

ADP, LLC
P.O. Box 842875
Boston, MA 02284-2875

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payroll**

Is the claim subject to offset? ■ No  ☐ Yes

**$52.08**

---

**3.6**  Nonpriority creditor's name and mailing address

Advanced Disposal Services
Solid Waste Southeast, Inc. W7
P.O. Box 743019
Atlanta, GA 30374

Date(s) debt was incurred _

Last 4 digits of account number  **3933**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Solid Waste Pick Up**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,610.43**

---

**3.7**  Nonpriority creditor's name and mailing address

Airgas USA
P.O. Box 532609
Atlanta, GA 30353

Date(s) debt was incurred _

Last 4 digits of account number  **5284**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Supplier - Oxygen Tank Refills**

Is the claim subject to offset? ■ No  ☐ Yes

**$295.03**

---

**3.8**  Nonpriority creditor's name and mailing address

American Express
PO Box 650448
Dallas, TX 75265-0448

Date(s) debt was incurred  **January 1, 2018**

Last 4 digits of account number  **7006**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

**$613,350.16**

---

**3.9**  Nonpriority creditor's name and mailing address

American Express Global Business travel
P.O. Box 53852
Phoenix, AZ 85072-3852

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card**

Is the claim subject to offset? ■ No  ☐ Yes

**$32.00**

---

Debtor **The Treatment Center of the Palm Beaches, LLC**                 Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$401.20** |

**3.10**   **Nonpriority creditor's name and mailing address**

AT &T
P.O. Box 37601
Philadelphia, PA 19101-0601

Date(s) debt was incurred _____
Last 4 digits of account number  **0453**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Telephone Service**

Is the claim subject to offset? ■ No ☐ Yes

**$401.20**

---

**3.11**   **Nonpriority creditor's name and mailing address**

Banyan Printing
1937 10th Avenue
Lake Worth, FL 33461

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Office Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$527.29**

---

**3.12**   **Nonpriority creditor's name and mailing address**

Board of County Commissioners
345 S Congress Ave
Delray Beach, FL 33445

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.13**   **Nonpriority creditor's name and mailing address**

Boca Bowl

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.14**   **Nonpriority creditor's name and mailing address**

Buckeye Plumbing Services, Inc
310 Business Park Way
West Palm Beach, FL 33411

Date(s) debt was incurred _
Last 4 digits of account number  **3879**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Plumbing Repairs for All Locations**

Is the claim subject to offset? ■ No ☐ Yes

**$807.50**

---

**3.15**   **Nonpriority creditor's name and mailing address**

CCH

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$134.20**

---

**3.16**   **Nonpriority creditor's name and mailing address**

Chase Cardmember Service
PB 15153
Wilmington, DE 19886

Date(s) debt was incurred  **January 1, 2018**
Last 4 digits of account number  **7637**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

**$101,156.43**

---

Debtor    **The Treatment Center of the Palm Beaches, LLC**                    Case number (if known) _____
                    Name

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.00 |

**Choice Pest Control**
**3677 23rd Ave S unit C-104**
**Lake Worth, FL 33461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Pest Control**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Cigna**
**401 Chestnut Street, Ste 110**
**Chattanooga, TN 37402**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Audit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,172.54 |

**Cintas Corporation - Linen**
**P.O. Box 630910**
**Cincinnati, OH 45263-0910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Kitchen Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.00 |

**City of Atlantis**
**260 Orange Tree Drive**
**Atlantis, FL 33462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8901**

Basis for the claim:  **Utilities**
**Location: 5835 S. Congress Ave**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47.00 |

**City of Atlantis**
**260 Orange Tree Drive**
**Atlantis, FL 33462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9103**

Basis for the claim:  **Utilities**
**Location 5829 S. Congress Ave.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53.97 |

**City of Atlantis**
**260 Orange Tree Drive**
**Atlantis, FL 33462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9201**

Basis for the claim:  **Utilities**
**Location: 5825 S. Congress Ave**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.00 |

**City of Atlantis**
**260 Orange Tree Drive**
**Atlantis, FL 33462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1925**

Basis for the claim:  **Utilities**
**Location 5821 S. Congress Ave**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **The Treatment Center of the Palm Beaches, LLC**                Case number (if known) _____
                  Name

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.88 |

**3.24**

Nonpriority creditor's name and mailing address
**City of Atlantis**
**260 Orange Tree Drive**
**Atlantis, FL 33462**

Date(s) debt was incurred _
Last 4 digits of account number  **8401**

As of the petition filing date, the claim is: *Check all that apply.*            **$120.88**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**
**Location: 5861 S. Congress Ave**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.25**

Nonpriority creditor's name and mailing address
**City of Atlantis**
**260 Orange Tree Drive**
**Atlantis, FL 33462**

Date(s) debt was incurred _
Last 4 digits of account number  **8901**

As of the petition filing date, the claim is: *Check all that apply.*            **$60.44**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**
**Location: 5835 S. Congress Ave.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.26**

Nonpriority creditor's name and mailing address
**City of Atlantis**
**260 Orange Tree Drive**
**Atlantis, FL 33462**

Date(s) debt was incurred _
Last 4 digits of account number  **7001**

As of the petition filing date, the claim is: *Check all that apply.*            **$53.97**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**
**Location: 5913 S. Congress Ave**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.27**

Nonpriority creditor's name and mailing address
**City of Atlantis**
**260 Orange Tree Drive**
**Atlantis, FL 33462**

Date(s) debt was incurred _
Last 4 digits of account number  **9503**

As of the petition filing date, the claim is: *Check all that apply.*            **$63.97**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**
**Location: 5813 S. Congress Ave.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.28**

Nonpriority creditor's name and mailing address
**Collins Fish and Seafood**
**328 N.E. 70th Street**
**Miami, FL 33138**

Date(s) debt was incurred _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*            **$356.03**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Food Export**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.29**

Nonpriority creditor's name and mailing address
**Comcast Business**
**P.O. Box 37601**
**Philadelphia, PA 19101-0601**

Date(s) debt was incurred _
Last 4 digits of account number  **3737**

As of the petition filing date, the claim is: *Check all that apply.*            **$6,466.81**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fiber for Internet for real property 4905 Lantana Road**
**and Atlantis Office Spaces.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.30**

Nonpriority creditor's name and mailing address
**Comcast Business**
**P.O. Box 105184**
**Atlanta, GA 30348**

Date(s) debt was incurred _
Last 4 digits of account number  **9892**

As of the petition filing date, the claim is: *Check all that apply.*            **$575.16**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cable for 4905 Lantana Rd. and Hope House**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **The Treatment Center of the Palm Beaches, LLC**                      Case number (if known) _____
　　　　　　　Name

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$501.80** |

**3.31** Nonpriority creditor's name and mailing address

**Comcast Business**
P.O. Box 105184
Atlanta, GA 30348

Date(s) debt was incurred _

Last 4 digits of account number __7024__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Cable for 5835 S. Congress Ave__

Is the claim subject to offset? ■ No  ☐ Yes

**$501.80**

---

**3.32** Nonpriority creditor's name and mailing address

**Comcast Business**
P.O. Box 105184
Atlanta, GA 30348

Date(s) debt was incurred _

Last 4 digits of account number __9167__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Internet for 4905 Lantana Road__

Is the claim subject to offset? ■ No  ☐ Yes

**$402.04**

---

**3.33** Nonpriority creditor's name and mailing address

**Comcast Business**
P.O. Box 105184
Atlanta, GA 30348

Date(s) debt was incurred _

Last 4 digits of account number __7055__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Cable Service for 5865 S. Congress Ave__

Is the claim subject to offset? ■ No  ☐ Yes

**$465.57**

---

**3.34** Nonpriority creditor's name and mailing address

**Common Ground Church**
12 South J Street
Lake Worth, FL 33460

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Recovery Church Rental Space__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,700.00**

---

**3.35** Nonpriority creditor's name and mailing address

**Connections for Business**
2843 Pembroke Road
Hollywood, FL 33020

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __IT__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.36** Nonpriority creditor's name and mailing address

**Core Pest Control, Inc**
5500 Military Trail
Suite 22-115
Jupiter, FL 33458

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Pest Control for all Campuses__

Is the claim subject to offset? ■ No  ☐ Yes

**$830.00**

---

**3.37** Nonpriority creditor's name and mailing address

**Corepoint Health, LLC**
3010 Gaylord Parkway
Suite 320
Frisco, TX 75034

Date(s) debt was incurred _

Last 4 digits of account number __8315__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Internal and External Health Data Integration Services (IT Support)__

Is the claim subject to offset? ■ No  ☐ Yes

**$10,000.00**

Debtor    **The Treatment Center of the Palm Beaches, LLC**                Case number *(if known)* _____
_____
Name

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$837.50** |
|---|---|---|---|

**3.38**  
**Nonpriority creditor's name and mailing address**  
**Countysoda Systems Inc**  
**2085 N Powerline Rd #2**  
**Pompano Beach, FL 33069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Basis for the claim:  **Supplies Soda Beverages**

Is the claim subject to offset? ■ No ☐ Yes

**$837.50**

---

**3.39**  
**Nonpriority creditor's name and mailing address**  
**Crisis Prevention Institute, Inc**  
**10850 W. Park Place**  
**Suite 600**  
**Milwaukee, WI 53224**

Date(s) debt was incurred _

Last 4 digits of account number  **3126**

As of the petition filing date, the claim is: *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Basis for the claim:  **Employee Education: Crisis management**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.40**  
**Nonpriority creditor's name and mailing address**  
**CTS Audio Video, LLC**  
**7864 Sonoma Springs Circle**  
**Suite #103**  
**Lake Worth, FL 33463**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Basis for the claim:  **Audio, Video, and Lighting Technology**

Is the claim subject to offset? ■ No ☐ Yes

**$2,190.00**

---

**3.41**  
**Nonpriority creditor's name and mailing address**  
**Cyntox Biohazard Solutions**  
**P.O. Box 930**  
**Jackson, NJ 08527**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Basis for the claim:  **Medical Waste Dispensal**

Is the claim subject to offset? ■ No ☐ Yes

**$963.00**

---

**3.42**  
**Nonpriority creditor's name and mailing address**  
**Danny's Septic Service**  
**4704 Dolphin Drive**  
**Lake Worth, FL 33463**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Basis for the claim:  **Montly Grease Trap and Lift Gate Pumping and Cleaning.**

Is the claim subject to offset? ■ No ☐ Yes

**$630.00**

---

**3.43**  
**Nonpriority creditor's name and mailing address**  
**Daszkal Bolton, LLP**  
**2401 NW Boca Raton Blvd**  
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Basis for the claim:  **Financial Preparation**

Is the claim subject to offset? ■ No ☐ Yes

**$7,250.00**

---

**3.44**  
**Nonpriority creditor's name and mailing address**  
**Drug Testing Program Managment**  
**30022 Greenhill Blvd., NW**  
**Fort Payne, AL 35968**

Date(s) debt was incurred _

Last 4 digits of account number  **1405**

As of the petition filing date, the claim is: *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Basis for the claim:  **Lab expense**

Is the claim subject to offset? ■ No ☐ Yes

**$14,586.69**

---

Debtor   **The Treatment Center of the Palm Beaches, LLC**          Case number (if known) _____
         Name

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,500.00 |
|---|---|---|---|

**3.45**

Nonpriority creditor's name and mailing address
**ESPN**
**310 W. Wisconsin Ave Suite 100**
**Milwaukee, WI 53203**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing**

Is the claim subject to offset? ☒ No  ☐ Yes

**$19,500.00**

---

**3.46**

Nonpriority creditor's name and mailing address
**Fish & Phillips, LLC**
**450 East Las olas Blvd**
**Suite 800**
**Fort Lauderdale, FL 33301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Labor Attorney**

Is the claim subject to offset? ☒ No  ☐ Yes

**$728.00**

---

**3.47**

Nonpriority creditor's name and mailing address
**Getty Images**
**P.O.Box 93604**
**Saint Louis, MO 63195**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **marketing**

Is the claim subject to offset? ☒ No  ☐ Yes

**$683.34**

---

**3.48**

Nonpriority creditor's name and mailing address
**Google AdWords**
**Dept: 33654, P.O. Box 39000**
**San Francisco, CA 94139**

Date(s) debt was incurred _
Last 4 digits of account number  **8580**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing**

Is the claim subject to offset? ☒ No  ☐ Yes

**$589,278.28**

---

**3.49**

Nonpriority creditor's name and mailing address
**Harmonial**
**2455 Lindell Boulevard**
**#3303**
**Delray Beach, FL 33484**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ☒ No  ☐ Yes

**$497.15**

---

**3.50**

Nonpriority creditor's name and mailing address
**Host.net**
**3500 N.W. Boca Raton Blvd**
**Suite 901**
**Boca Raton, FL 33431**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Hosting of Servers**

Is the claim subject to offset? ☒ No  ☐ Yes

**$8,135.00**

---

**3.51**

Nonpriority creditor's name and mailing address
**Hutchinson & Huffman, P.A.**
**515 N Flagler Dr. #401**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ☒ No  ☐ Yes

**$10,000.00**

---

| Debtor | **The Treatment Center of the Palm Beaches, LLC** | Case number (if known) | |
| | Name | | |

---

**3.52**

**Nonpriority creditor's name and mailing address**

**Iron Mountain**
**P.O. Box 27128**
**New York, NY 10087-7128**

Date(s) debt was incurred ___

Last 4 digits of account number **7060**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Monthly File Storage for all sites**

Is the claim subject to offset? ■ No ☐ Yes

$1,967.41

---

**3.53**

**Nonpriority creditor's name and mailing address**

**Island Supply Company**
**6601 Lyons Road**
**Pompano Beach, FL 33073**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Food Service**

Is the claim subject to offset? ■ No ☐ Yes

$829.16

---

**3.54**

**Nonpriority creditor's name and mailing address**

**J.M.B. Repairs**
**2105 7th Avenue North**
**Lake Worth, FL 33461-3810**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs Kitchen Equipment**

Is the claim subject to offset? ■ No ☐ Yes

$1,532.33

---

**3.55**

**Nonpriority creditor's name and mailing address**

**JG Law, PC**
**515 East Grant Street**
**Suite 150**
**Phoenix, AZ 85004**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **legal services**

Is the claim subject to offset? ■ No ☐ Yes

$4,430.63

---

**3.56**

**Nonpriority creditor's name and mailing address**

**JP Morgan Chase Bank, NA**
**PB 9001871**
**Louisville, KY 40290**

Date(s) debt was incurred  **July 15, 2014**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guarantor on Line of Credit for The Adolescent Treatment Center of the Palm Beaches, LLC**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.57**

**Nonpriority creditor's name and mailing address**

**KIPU**
**444 Brickell Ave #850**
**Miami, FL 33131**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **EMR software**

Is the claim subject to offset? ■ No ☐ Yes

$9,720.00

---

**3.58**

**Nonpriority creditor's name and mailing address**

**Knight Fire and Security**
**2610 Old Okeechobee Road**
**West Palm Beach, FL 33409**

Date(s) debt was incurred ___

Last 4 digits of account number **528**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fire Alarm Supplier for 4905 Lantana Road Location**

Is the claim subject to offset? ■ No ☐ Yes

$225.00

---

Debtor    **The Treatment Center of the Palm Beaches, LLC**          Case number (if known) _____
          _____
          Name

| | | |
|---|---|---|
| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |

**3.59**   Nonpriority creditor's name and mailing address
**Labratory Managament Consultants**
**109 Parkway Street**
**Hazard, KY 41701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$10,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lab expense__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60**   Nonpriority creditor's name and mailing address
**LifeSafety Management, Inc**
**2017 Corporate Drive**
**Boynton Beach, FL 33426**

Date(s) debt was incurred _
Last 4 digits of account number __9895__

As of the petition filing date, the claim is: *Check all that apply.*  **$929.84**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Repairs for Kitchen Equipment__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61**   Nonpriority creditor's name and mailing address
**Marin Software, inc**
**123 Mission Street, 27th Floor**
**San Francisco, CA 94105**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$30,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __I.T. Software__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62**   Nonpriority creditor's name and mailing address
**Marshall, Crane &McAloon, P.C.**
**69 Winn Sr.**
**Burlington, MA 01803**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$482.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Legal Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63**   Nonpriority creditor's name and mailing address
**MD Now Medical Center**
**2007 Palm Beach Lakes Blvd**
**West Palm Beach, FL 33409**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$45.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Health Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64**   Nonpriority creditor's name and mailing address
**Med Pro Billing, Inc**
**7200 West McNab Road**
**Fort Lauderdale, FL 33321**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$838,344.83**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Billing Collections__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65**   Nonpriority creditor's name and mailing address
**Miami Dolphins**
**Brodsky Fotiu-Wojtowicz, PLLC**
**169 E. Flagler Street**
**Miami, FL 33131**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$165,312.50**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Breach of Contract Lawsuit: 17-25375__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **The Treatment Center of the Palm Beaches, LLC**                    Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,251.05** |

**Mr. Ice machines & Air Conditioning**
**2422 N. Military Trail**
**West Palm Beach, FL 33409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Commerical Refrigeration**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$20,700.00** |
|---|---|---|

**National Media Connection**
**Two union Plaza, Suite 104**
**New London, CT 06320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **TV Advertising**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$205,640.26** |
|---|---|---|

**Netsmart Techologies, Inc**
**P.O. Box 823519**
**Philadelphia, PA 19182-3519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Electronic Health Records Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$636.99** |
|---|---|---|

**Office Depot**
**6600 N Military Trail**
**Boca Raton, FL 33496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Office Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
|---|---|---|

**Optum**
**Lockbox 945931**
**3585 Atlanta Ave**
**PO Box 30612**
**Atlanta, GA 30354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Settlement**

Last 4 digits of account number  **1266**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$36,410.36** |
|---|---|---|

**Outfrond Media**
**PO Boix 33074**
**Newark, NJ 07188-0074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Billboards**

Last 4 digits of account number  **2544**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$2,308.32** |
|---|---|---|

**Palm Beach County Water Utilities Dept**
**P.O. Box 24740**
**West Palm Beach, FL 33416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Water Utilities**
**Location 4905 Lantana Rd**

Last 4 digits of account number  **7734,0966**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **The Treatment Center of the Palm Beaches, LLC**          Case number (if known) _____
                  Name

| | |
|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address** |

**3.73**

**Nonpriority creditor's name and mailing address**
**Palm Beach Security & Safes**
**7641 Hooper Road, Suite 1**
**West Palm Beach, FL 33411**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    $761.52
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Locksmith Service

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.74**

**Nonpriority creditor's name and mailing address**
**Pandora.com**
**25601 Network Place**
**Chicago, IL 60673-1256**

Date(s) debt was incurred _

Last 4 digits of account number  3503

**As of the petition filing date, the claim is:** Check all that apply.                    $3,366.07
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Radio

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.75**

**Nonpriority creditor's name and mailing address**
**Philadelphia Insurance Companies**
**P.O. Box 70251**
**Philadelphia, PA 19176-0251**

Date(s) debt was incurred _

Last 4 digits of account number  2896

**As of the petition filing date, the claim is:** Check all that apply.                    $11,166.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Insuance Premium

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.76**

**Nonpriority creditor's name and mailing address**
**Pitney Bowes**
**PO Box 37184**
**Pittsburgh, PA 15250-7874**

Date(s) debt was incurred _

Last 4 digits of account number  1758

**As of the petition filing date, the claim is:** Check all that apply.                    $163.61
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Postage machine rental/supplies

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.77**

**Nonpriority creditor's name and mailing address**
**Pitney Bowes**
**PO Box 37184**
**Pittsburgh, PA 15250-7874**

Date(s) debt was incurred _

Last 4 digits of account number  6920

**As of the petition filing date, the claim is:** Check all that apply.                    $96.27
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Postage machine rental/supplies

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.78**

**Nonpriority creditor's name and mailing address**
**Portable Medical Diagnostics, Inc**
**8080 Belvedere Road #6**
**West Palm Beach, FL 33411**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    $1,100.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Digital Mobile X-Ray and Ultrasound Services

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.79**

**Nonpriority creditor's name and mailing address**
**Ready Fresh by Nestle**
**P.O. Box 856680**
**Louisville, KY 40285-6680**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    $987.08
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Office Supplies

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The Treatment Center of the Palm Beaches, LLC** | Case number *(if known)* | |
| | Name | | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,033.29 |
|---|---|---|---|

**Republic Services of Palm Beach**
**7329 7th Pl N**
**West Palm Beach, FL 33411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Garbage Collection**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $168.78 |
|---|---|---|---|

**Respironics Inc**
**1010 Murry Ridge Lane**
**Murrysville, PA 15668**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Respiratory Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $872.25 |
|---|---|---|---|

**Safari Electric, Inc**
**8233 Gator Ln Ste 27**
**West Palm Beach, FL 33411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Electric Repair Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,694.88 |
|---|---|---|---|

**ScentAir Technologies**
**3810 Shutterfly Road**
**Charlotte, NC 28217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Aroma Marketing Solutions**

Last 4 digits of account number  **5525**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $24,110.36 |
|---|---|---|---|

**Shoppes of Atlantis**
**5905 S. Congress Avenue**
**Lake Worth, FL 33462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,642.50 |
|---|---|---|---|

**Sober World**
**10558 Maple Chase Drive**
**Boca Raton, FL 33498**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Marketing/Admissions**

Last 4 digits of account number  **H173**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $234.00 |
|---|---|---|---|

**South East Cutlery Service**
**407 NE 44th Street**
**Fort Lauderdale, FL 33340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Kitchen Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The Treatment Center of the Palm Beaches, LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,319.17** |
| --- | --- | --- | --- |

**Sprint**
P.O.Box 4181
Carol Stream, IL 60197-4181

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Cell Phones for Lead and Driver Mobile**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,505.03** |
| --- | --- | --- | --- |

**Sysco Southeast Florida, LLC**
1999 Martin Luther King Blvd
West Palm Beach, FL 33404

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Food Services**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,494.00** |
| --- | --- | --- | --- |

**The Home Depot**
Dept 32 2025623699
PO Box 9001030
Louisville, KY 40290

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Repairs and Maintenance - Revolving Credit Card**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Todd Branstetter**
99 S.W. 11th Court
Boca Raton, FL 33486

□ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Breach of Contract Lawsuit : 50-2018-CA-0000419**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95.00** |
| --- | --- | --- | --- |

**Tootsie Enterprise, Inc**
917 S Military Trail
West Palm Beach, FL 33415

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Washer and Dryer Repair Service**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,203.02** |
| --- | --- | --- | --- |

**Total Care Pharmacy**
4900 Linton Blvd Suite 24
Delray Beach, FL 33445

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1007**

Basis for the claim:  **Pharmaceutical Distribution**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,156.62** |
| --- | --- | --- | --- |

**U.S. Foods, Inc**
7598 NW 6th Ave
Boca Raton, FL 33487

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Food Products Supplier**

Is the claim subject to offset? ■ No  □ Yes

---

Debtor    **The Treatment Center of the Palm Beaches, LLC**    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $427.51 |

**3.94**

**Nonpriority creditor's name and mailing address**

**Verizon Wireless-Dallas**
**P.O. Box 660108**
**Dallas, TX 75266-0108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Telephone Service**

Is the claim subject to offset? ■ No  ☐ Yes

**$427.51**

---

**3.95**

**Nonpriority creditor's name and mailing address**

**Village of Palm Springs**
**226 Cypress Lane**
**Lake Worth, FL 33461-1604**

Date(s) debt was incurred _

Last 4 digits of account number  **8301**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Water Utilites for 3208 Florida Mango/Hope House**

Is the claim subject to offset? ■ No  ☐ Yes

**$877.91**

---

**3.96**

**Nonpriority creditor's name and mailing address**

**Wall Street Transportation & Limousine**
**4902 N.W. 119th Terrace**
**Pompano Beach, FL 33076**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Transportation Service**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,183.00**

---

**3.97**

**Nonpriority creditor's name and mailing address**

**Windstream Communications**
**4001 N Rodney Parham Road**
**Little Rock, AR 72212-2442**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Network Communications**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,298.16**

---

**3.98**

**Nonpriority creditor's name and mailing address**

**WPTV/Scripps Media**
**110 Banyan Blvd**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **marketing**

Is the claim subject to offset? ■ No  ☐ Yes

**$19,775.00**

---

**3.99**

**Nonpriority creditor's name and mailing address**

**Yelp**
**104 5th Ave**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing/Admissions**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.100**

**Nonpriority creditor's name and mailing address**

**Zenith Insurance Company**
**4415 Collections Center Drive**
**Chicago, IL 60693-0044**

Date(s) debt was incurred _

Last 4 digits of account number  **9403**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance Premium**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,935.00**

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

Debtor **The Treatment Center of the Palm Beaches, LLC**
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Comcast Business**<br>**P.O. Box 105184**<br>**Atlanta, GA 30348** | Line **3.29**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 **Comcast Business**<br>**P.O. Box 37601**<br>**Philadelphia, PA 19101-0601** | Line **3.30**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 **Comcast Business**<br>**P.O. Box 37601**<br>**Philadelphia, PA 19101-0601** | Line **3.31**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 **Comcast Business**<br>**P.O. Box 37601**<br>**Philadelphia, PA 19101-0601** | Line **3.32**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 **Marin Software, inc**<br>**CH 16614**<br>**Palatine, IL 60055** | Line **3.61**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 **Sout East Cutlery Service**<br>**407 East Prospect Road**<br>**Fort Lauderdale, FL 33340** | Line **3.86**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 **Timothy H. Olenn, Esq**<br>**1900 Glades Road**<br>**STE 245**<br>**Boca Raton, FL 33431** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                135,982.73 |
| **5b. Total claims from Part 2** | 5b.   + | $            2,843,335.39 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $            2,979,318.12 |

**Fill in this information to identify the case:**

Debtor name    **The Treatment Center of the Palm Beaches, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Payroll Processing** | |
| State the term remaining | **ADP, LLC** |
| List the contract number of any government contract | **P.O. Box 842875** **Boston, MA 02284-2875** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Recovery Church Rental Space** | |
| State the term remaining | **Common Good Church** |
| List the contract number of any government contract | **12 South J Street** **Lake Worth, FL 33460** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **IT Support** | |
| State the term remaining    **2022** | **Connections for Business** |
| List the contract number of any government contract | **2843 Pembroke Road** **Hollywood, FL 33020** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    **Leased Equipment** | |
| State the term remaining    **unknown** | **GreatAmerica Financial Services Corp** |
| List the contract number of any government contract | **625 First Street** **Cedar Rapids, IA 52401-2030** |

Debtor 1   **The Treatment Center of the Palm Beaches, LLC**                    Case number *(if known)* _____
　　　　　　First Name　　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of medical office located at 3083 Florida Mango Road Lake Worth, FL 33461** | |
|---|---|---|---|
| | State the term remaining | **April 10th 2019** | **HOP4W, Inc** |
| | List the contract number of any government contract | | **116 Barberton Road** **Lake Worth, FL 33467** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Contact for Monthly File Storage** | |
|---|---|---|---|
| | State the term remaining | **unknown** | **Iron Mountain** |
| | List the contract number of any government contract | | **P.O. Box 27128** **New York, NY 10087-7128** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Leased Equipment** | |
|---|---|---|---|
| | State the term remaining | **unknown** | **Konica Minolta Business Solutions U.S.A.** |
| | List the contract number of any government contract | | **100 Williams Drive** **Ramsey, NJ 07446** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Contact for Monthly Storage** | |
|---|---|---|---|
| | State the term remaining | **unknown** | **Life Storage** |
| | List the contract number of any government contract | | **3770 Lantana Road** **Lake Worth, FL 33462** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Online Advertising** | |
|---|---|---|---|
| | State the term remaining | **June 15, 2018** | **Marin Software, inc** |
| | List the contract number of any government contract | | **123 Mission Street, 27th Floor** **San Francisco, CA 94105** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Contract** | |
|---|---|---|---|
| | State the term remaining | **January 2019** | **Miami Dolphins** **Brodsky Fotiu-Wojtowicz, PLLC** |
| | List the contract number of any | | **169 E. Flagler Street** **Miami, FL 33131** |

Debtor 1  **The Treatment Center of the Palm Beaches, LLC**

First Name            Middle Name          Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **tier electronic medical records software update and support. EMR update and suport.** | |
|---|---|---|---|
| | State the term remaining | **December 2019** | |
| | List the contract number of any government contract | | **Netsmart Techologies, Inc P.O. Box 823519 Philadelphia, PA 19182-3519** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **lease of medical office located at 5825, 5829, 5835, 5841, 5849 South Congress Ave Atlantis, Florida 33462** | |
|---|---|---|---|
| | State the term remaining | **March 15, 2021** | |
| | List the contract number of any government contract | | **Shoppes of Atlantis, LLC c/o Barbara Allen 5905 South Congress Ave Lake Worth, FL 33462** |

**Fill in this information to identify the case:**

Debtor name    **The Treatment Center of the Palm Beaches, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                           12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Barry Laramee** | **821 Bamboo Lane**<br>**Delray Beach, FL 33483**<br>**Guarantor** | **JP Morgan Chase Bank, NA** | ■ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Joshua Sternhall** | **103 College Road**<br>**Suffern, NY 10901**<br>**Guarantor** | **JP Morgan Chase Bank, NA** | ■ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Kathleen Chernak** | **9556 Parkview Ave**<br>**Boca Raton, FL 33428**<br>**Guarantor** | **JP Morgan Chase Bank, NA** | ■ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Physicians Medical Associates, LLC** | **4905 Lantana Road**<br>**Lake Worth, FL 33463**<br>**Guarantor** | **JP Morgan Chase Bank, NA** | ■ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Physicians Medical Associates, LLC** | **4905 Lantana Road**<br>**Lake Worth, FL 33463**<br>**Guarantor** | **J.P. Morgan, Chase Bank, NA** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |

Debtor    **The Treatment Center of the Palm Beaches, LLC**          Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Russell Trust,**<br>**LLC** | 1061 Gulfstream Way<br>West Palm Beach, FL 33404<br>Guarantor | **JP Morgan Chase**<br>**Bank, NA** |
| | | | ■ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **The Adolescent**<br>**Treatment Center** | 4445 Pine Forest Drive<br>Lake Worth, FL 33463<br>Guarantor | **JP Morgan Chase**<br>**Bank, NA** |
| | | | ■ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Todd  R.**<br>**Branstetter** | 99 S.W. 11th Court<br>Boca Raton, FL 33486<br>Guarantor | **JP Morgan Chase**<br>**Bank, NA** |
| | | | ■ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Todd R**<br>**Branstetter** | 99 S.W. 11th Court<br>Boca Raton, FL 33486<br>Guarantor | **J.P. Morgan, Chase**<br>**Bank, NA** |
| | | | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Todd R.**<br>**Branstetter** | 99 S.W. 11th Court<br>Boca Raton, FL 33486<br>Guarantor | **JP Morgan Chase**<br>**Bank, NA** |
| | | | ■ D ___2.11___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **William M**<br>**Russell** | 1061 Gulfstream Way<br>West Palm Beach, FL 33404<br>Guarantor | **JP Morgan Chase**<br>**Bank, NA** |
| | | | ■ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **William M.**<br>**Russell** | 1061 Gulfstream Way<br>West Palm Beach, FL 33404<br>Guarantor | **J.P. Morgan, Chase**<br>**Bank, NA** |
| | | | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **The Treatment Center of the Palm Beaches, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$6,490,161.00** |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other  _____ | **$26,806,167.00** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other  _____ | **$54,653,661.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **The Treatment Center of the Palm Beaches, LLC**          Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Connections for Business**<br>**2843 Pembroke Road**<br>**Hollywood, FL 33020** | **Turned off Internet and phone service in lieu of payment.**<br>Last 4 digits of account number: _____ | **February 22, 2018** | **$84,000.00** |

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Todd Branstetter vs. The Treatment Center of the Palm Beaches, LLC**<br>**50-2018-CA-000419-XXXX-MB** | **Breach of Contract** | **15th Judicial Circuit Court**<br>**Palm Beach**<br>**205 North Dixie Highway**<br>**West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Miami Dolphins, LTD and South Florida Stadium, LLC vs. The Treatment Center of The Palm Beaches, LLC**<br>**2017-025375-CA-01** | **Breach of Contract** | **11th Judicial Circuit Court**<br>**Miami Dade**<br>**175 NW 1st Ave**<br>**Miami, FL 33128** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor    **The Treatment Center of the Palm Beaches, LLC**            Case number *(if known)*_____

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Furr & Cohen<br>2255 Glades Rd.<br>Suite 337W<br>Boca Raton, FL 33431** | Pre-petition attorneys' fees | **April 2, 2018** | $25,000.00 |
| | **Email or website address<br>www.furrcohen.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Furr & Cohen<br>2255 Glades Rd.<br>Suite 337W<br>Boca Raton, FL 33431** | Pre-petition attorneys' fees | **April 6, 2018** | $24,115.00 |
| | **Email or website address<br>www.furrcohen.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

Debtor    **The Treatment Center of the Palm Beaches, LLC**    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Furr & Cohen** **2255 Glades Rd.** **Suite 337W** **Boca Raton, FL 33431** | **Retainer for attorneys fees and costs** | **April 6, 2018, April 13, 2018** | **$25,885.00** |
| | Email or website address **www.furrcohen.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ☐ No. Go to Part 9.
   ■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **The Treatment Center od the Palm Beaches** **4905 Lantana Road** **Lake Worth, FL 33463** | **Drug and Alcohol Treatment** | **34** |
| | | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider. **Tier, KIPU** | How are records kept? *Check all that apply:* |

Debtor    **The Treatment Center of the Palm Beaches, LLC**                    Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | ■ Electronically<br>☐ Paper |

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

> **Personal Health Information, Social Security Numbers, Birthdays, Addresses of Patients and Former Patients.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

> ☐ No Go to Part 10.
> ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Safe Harbor 401k Plan** | EIN:  **26-3765902** |

Has the plan been terminated?
■ No
☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor   **The Treatment Center of the Palm Beaches, LLC**          Case number *(if known)* _____

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Life Storage**<br>**817 Latona Ave**<br>**Lake Worth, FL 33460** | **Anthony Porter**<br>**5125 Arbor Glen Cir.**<br>**Lake Worth, FL 33463**<br><br>**Barry Laramee**<br>**821 Bamboo Lane**<br>**Delray Beach, FL 33483** | | ☐ No<br>■ Yes |

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13:   Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.

Debtor    __The Treatment Center of the Palm Beaches, LLC_____    Case number *(if known)* _____

Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Physicians Medical Associates, LLC**<br>**4905 Lantana Road**<br>**Lake Worth, FL 33454-2318** | **Medical Services** | EIN: **26-4137567**<br><br>From-To  **February 20, 2009 - present** |
| 25.2. **Pediatric Medical Associates, LLC**<br>**4445 Pine Forest Drive**<br>**Lake Worth, FL 33463** | **Physicians Medical Services** | EIN: **46-3712978**<br><br>From-To  **September 2013 - September 2017** |
| 25.3. **The Adolescent Treatment Center**<br>**4445 Pine Forest Drive**<br>**Lake Worth, FL 33463** | **Teen Drug Treatment** | EIN: **46-3641921**<br><br>From-To  **September 2013 - September 2017** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Todd Bransetter**<br>**99 S.W. 11th Court**<br>**Boca Raton, FL 33486** | **2008 - 2017** |
| 26a.2. **Raymond London**<br>**4905 Lantana Road**<br>**Lake Worth, FL 33463** | **2011 - present** |
| 26a.3. **Dennis Kanai**<br>**537 North Country Club Drive**<br>**Lake Worth, FL 33462** | **September 2017 - March 2018** |
| 26a.4. **Peter Aronstam**<br>**537 North Country Club Drive**<br>**Lake Worth, FL 33462** | **September 2017 - March 2018** |
| 26a.5. **Mayra Alvarado**<br>**4905 Lantana Road**<br>**Lake Worth, FL 33463** | **2011 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **Daszkal Bolton**<br>**2401 North West**<br>**Boca Raton, FL 33431** | **2012 - present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor    __The Treatment Center of the Palm Beaches, LLC__    Case number *(if known)* _____

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Raymond London**<br>**4905 Lantana Road**<br>**Lake Worth, FL 33463** | |
| 26c.2.  **Mayra Alvarado**<br>**4905 Lantana Road**<br>**Lake Worth, FL 33463** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kathleen Chemak | 9556 Parkview Ave<br>Boca Raton, FL 33428 | Chief Executive Officer | 58.00% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Barry Laramee | 821 Bamboo Lane<br>Delray Beach, FL 33483 | Shareholder | 7.50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joshua Sternhell | 103 College Road<br>Suffern, NY 10901 | Shareholder | 15.00% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Judith Gargiulo | 515 East Grant Street Suite #150<br>Phoenix, AZ 85004 | Manager | 0 |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **The Treatment Center of the Palm Beaches, LLC**                    Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| William Russell | 1061 Gulfstream Way West Palm Beach, FL 33404 | CEO | January 2009 - December 2016 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Todd Branstetter | 99 S.W. 11th Court Boca Raton, FL 33486 | CFO | January 2009 - August 2017 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| Safe Harbor 401k Plan | EIN:    26-3765902 |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 19, 2018**

**/s/ Judi Gargiulo**                                    **Judi Gargiulo**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re  **The Treatment Center of the Palm Beaches, LLC**       Case No.

Debtor(s)    Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Barry and Laura Laramee**<br>**821 Bamboo Lane**<br>**Delray Beach, FL 33483** | | **7.5%** | **shareholder** |
| **Kathleen Chernak**<br>**9556 Parkview Ave**<br>**Boca Raton, FL 33428** | | **1%** | **shareholder** |
| **Kathleen Chernak and Alan P. Kenney**<br>**9556 Parkview Ave**<br>**Boca Raton, FL 33428** | | **45%** | **shareholder** |
| **Kathleen Chernak and Alan P. Kenney**<br>**9556 Parkview Ave**<br>**Boca Raton, FL 33428** | | **12%** | **shareholder** |
| **Russell Trust, LLC**<br>**1061 Gulfstream Way**<br>**West Palm Beach, FL 33404** | | **11%** | **shareholder** |
| **Sternell Holdings, LLC**<br>**5055 Collins Ave Apt 5-D**<br>**Miami Beach, FL 33140** | | **15%** | **shareholder** |
| **Todd and Elizabeth Branstetter**<br>**99 S.W. 11th Court**<br>**Boca Raton, FL 33486** | | **7.5%** | **shareholder** |
| **William Russell**<br>**1061 Gulfstream Way**<br>**West Palm Beach, FL 33404** | | **1%** | **shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 19, 2018**              Signature  **/s/ Judi Gargiulo**

                                             **Judi Gargiulo**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re    **The Treatment Center of the Palm Beaches, LLC**        Case No.

Debtor(s)       Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 19, 2018**        **/s/ Judi Gargiulo**

**Judi Gargiulo**/**Manager**
Signer/Title

Accountemps
2600 N Military Trail # 125
Boca Raton, FL 33431

Ace Air Conditioning
P.O. Box 4012
Lake Worth, FL 33462

Adam Bianchini, M.D.
9938 Via Amati
Lake Worth, FL 33467

ADP Screening and Selection Services
P.O. Box 645177
Cincinnati, OH 45264

ADP, LLC
P.O. Box 842875
Boston, MA 02284-2875

Advanced Disposal Services
Solid Waste Southeast, Inc. W7
P.O. Box 743019
Atlanta, GA 30374

Airgas USA
P.O. Box 532609
Atlanta, GA 30353

American Express
PO Box 650448
Dallas, TX 75265-0448

American Express Global Business travel
P.O. Box 53852
Phoenix, AZ 85072-3852

AT &T
P.O. Box 37601
Philadelphia, PA 19101-0601

Banyan Printing
1937 10th Avenue
Lake Worth, FL 33461

Board of County Commissioners
345 S Congress Ave
Delray Beach, FL 33445


Boca Bowl



Buckeye Plumbing Services, Inc
310 Business Park Way
West Palm Beach, FL 33411


CCH



Chase Cardmember Service
PB 15153
Wilmington, DE 19886


Choice Pest Control
3677 23rd Ave S unit C-104
Lake Worth, FL 33461


Cigna
401 Chestnut Street, Ste 110
Chattanooga, TN 37402


Cintas Corporation - Linen
P.O. Box 630910
Cincinnati, OH 45263-0910


City of Atlantis
260 Orange Tree Drive
Atlantis, FL 33462


Collins Fish and Seafood
328 N.E. 70th Street
Miami, FL 33138


Comcast Business
P.O. Box 37601
Philadelphia, PA 19101-0601

Comcast Business
P.O. Box 105184
Atlanta, GA 30348


Common Ground Church
12 South J Street
Lake Worth, FL 33460


Connections for Business
2843 Pembroke Road
Hollywood, FL 33020


Core Pest Control, Inc
5500 Military Trail
Suite 22-115
Jupiter, FL 33458


Corepoint Health, LLC
3010 Gaylord Parkway
Suite 320
Frisco, TX 75034


Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703


Countysoda Systems Inc
2085 N Powerline Rd #2
Pompano Beach, FL 33069


Crisis Prevention Institute, Inc
10850 W. Park Place
Suite 600
Milwaukee, WI 53224


CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071


CTS Audio Video, LLC
7864 Sonoma Springs Circle
Suite #103
Lake Worth, FL 33463

Cyntox Biohazard Solutions
P.O. Box 930
Jackson, NJ 08527


Danny's Septic Service
4704 Dolphin Drive
Lake Worth, FL 33463


Daszkal Bolton, LLP
2401 NW Boca Raton Blvd
Boca Raton, FL 33431


Drug Testing Program Managment
30022 Greenhill Blvd., NW
Fort Payne, AL 35968


ESPN
310 W. Wisconsin Ave Suite 100
Milwaukee, WI 53203


EverBank Commercial Finance, Inc
10 Waterview Blvd
2nd Floor
Parsippany, NJ 07054


Fish & Phillips, LLC
450 East Las olas Blvd
Suite 800
Fort Lauderdale, FL 33301


Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399


Getty Images
P.O.Box 93604
Saint Louis, MO 63195


Google AdWords
Dept: 33654, P.O. Box 39000
San Francisco, CA 94139


GreatAmerica Financial Services Corp
625 First Street
Cedar Rapids, IA 52401-2030

Harmonial
2455 Lindell Boulevard
#3303
Delray Beach, FL 33484


Host.net
3500 N.W. Boca Raton Blvd
Suite 901
Boca Raton, FL 33431


Hutchinson & Huffman, P.A.
515 N Flagler Dr. #401
West Palm Beach, FL 33401


Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346


Iron Mountain
P.O. Box 27128
New York, NY 10087-7128


Island Supply Company
6601 Lyons Road
Pompano Beach, FL 33073


J.M.B. Repairs
2105 7th Avenue North
Lake Worth, FL 33461-3810


J.P. Morgan, Chase Bank, NA
PB 29550
Phoenix, AZ 85038-9550


JG Law, PC
515 East Grant Street
Suite 150
Phoenix, AZ 85004


JP Morgan Chase Bank
3399 PGA Blvd Ste 100
Floor 01
Palm Beach Gardens, FL 33410-2804

JP Morgan Chase Bank, N.A.
PB 9001000
Louisville, KY 40290


JP Morgan Chase Bank, NA
P.O. Box 33035
Louisville, KY 40232-9891


JP Morgan Chase Bank, NA
PB 9001871
Louisville, KY 40290


JP Morgan Chase Bank, NA
PB Box 71
Attn: Credit Line Review
Phoenix, AZ 85001


KIPU
444 Brickell Ave #850
Miami, FL 33131


Knight Fire and Security
2610 Old Okeechobee Road
West Palm Beach, FL 33409


Konica Minolta Premier Finance
10201 Centurion Parkway North
Suite 100
Jacksonville, FL 32256


Labratory Managament Consultants
109 Parkway Street
Hazard, KY 41701


LifeSafety Management, Inc
2017 Corporate Drive
Boynton Beach, FL 33426


Marin Software, inc
123 Mission Street, 27th Floor
San Francisco, CA 94105


Marin Software, inc
CH 16614
Palatine, IL 60055

Marshall, Crane &McAloon, P.C.
69 Winn Sr.
Burlington, MA 01803

MD Now Medical Center
2007 Palm Beach Lakes Blvd
West Palm Beach, FL 33409

Med Pro Billing, Inc
7200 West McNab Road
Fort Lauderdale, FL 33321

Miami Dolphins
Brodsky Fotiu-Wojtowicz, PLLC
169 E. Flagler Street
Miami, FL 33131

Mr. Ice machines & Air Conditioning
2422 N. Military Trail
West Palm Beach, FL 33409

National Media Connection
Two union Plaza, Suite 104
New London, CT 06320

Netsmart Techologies, Inc
P.O. Box 823519
Philadelphia, PA 19182-3519

Office Depot
6600 N Military Trail
Boca Raton, FL 33496

Optum
Lockbox 945931
3585 Atlanta Ave
PO Box 30612
Atlanta, GA 30354

Outfrond Media
PO Boix 33074
Newark, NJ 07188-0074

Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402-3715

Palm Beach County Water Utilities Dept
P.O. Box 24740
West Palm Beach, FL 33416

Palm Beach Security & Safes
7641 Hooper Road, Suite 1
West Palm Beach, FL 33411

Pandora.com
25601 Network Place
Chicago, IL 60673-1256

Philadelphia Insurance Companies
P.O. Box 70251
Philadelphia, PA 19176-0251

Pitney Bowes
PO Box 37184
Pittsburgh, PA 15250-7874

Portable Medical Diagnostics, Inc
8080 Belvedere Road #6
West Palm Beach, FL 33411

Ready Fresh by Nestle
P.O. Box 856680
Louisville, KY 40285-6680

Republic Services of Palm Beach
7329 7th Pl N
West Palm Beach, FL 33411

Respironics Inc
1010 Murry Ridge Lane
Murrysville, PA 15668

Safari Electric, Inc
8233 Gator Ln Ste 27
West Palm Beach, FL 33411

ScentAir Technologies
3810 Shutterfly Road
Charlotte, NC 28217


Shoppes of Atlantis
5905 S. Congress Avenue
Lake Worth, FL 33462


Sober World
10558 Maple Chase Drive
Boca Raton, FL 33498


Sout East Cutlery Service
407 East Prospect Road
Fort Lauderdale, FL 33340


South East Cutlery Service
407 NE 44th Street
Fort Lauderdale, FL 33340


Sprint
P.O.Box 4181
Carol Stream, IL 60197-4181


Sysco Southeast Florida, LLC
1999 Martin Luther King Blvd
West Palm Beach, FL 33404


The Home Depot
Dept 32 2025623699
PO Box 9001030
Louisville, KY 40290


Timothy H. Olenn, Esq
1900 Glades Road
STE 245
Boca Raton, FL 33431


Todd Branstetter
99 S.W. 11th Court
Boca Raton, FL 33486


Tootsie Enterprise, Inc
917 S Military Trail
West Palm Beach, FL 33415

Total Care Pharmacy
4900 Linton Blvd Suite 24
Delray Beach, FL 33445


U.S. Foods, Inc
7598 NW 6th Ave
Boca Raton, FL 33487


Verizon Wireless-Dallas
P.O. Box 660108
Dallas, TX 75266-0108


Village of Palm Springs
226 Cypress Lane
Lake Worth, FL 33461-1604


Wall Street Transportation & Limousine
4902 N.W. 119th Terrace
Pompano Beach, FL 33076


Windstream Communications
4001 N Rodney Parham Road
Little Rock, AR 72212-2442


WPTV/Scripps Media
110 Banyan Blvd
West Palm Beach, FL 33401


Yelp
104 5th Ave
New York, NY 10011


Zenith Insurance Company
4415 Collections Center Drive
Chicago, IL 60693-0044


Barry Laramee
821 Bamboo Lane
Delray Beach, FL 33483


Common Good Church
12 South J Street
Lake Worth, FL 33460

Joshua Sternhall
103 College Road
Suffern, NY 10901


Kathleen Chernak
9556 Parkview Ave
Boca Raton, FL 33428


Konica Minolta Business Solutions U.S.A.
100 Williams Drive
Ramsey, NJ 07446


Life Storage
3770 Lantana Road
Lake Worth, FL 33462


Physicians Medical Associates, LLC
4905 Lantana Road
Lake Worth, FL 33463


Russell Trust, LLC
1061 Gulfstream Way
West Palm Beach, FL 33404


The Adolescent Treatment Center
4445 Pine Forest Drive
Lake Worth, FL 33463


Todd  R. Branstetter
99 S.W. 11th Court
Boca Raton, FL 33486


Todd R Branstetter
99 S.W. 11th Court
Boca Raton, FL 33486


Todd R. Branstetter
99 S.W. 11th Court
Boca Raton, FL 33486


William M Russell
1061 Gulfstream Way
West Palm Beach, FL 33404

William M. Russell
1061 Gulfstream Way
West Palm Beach, FL 33404

Barry and Laura Laramee
821 Bamboo Lane
Delray Beach, FL 33483

Kathleen Chernak and Alan P. Kenney
9556 Parkview Ave
Boca Raton, FL 33428

Sternell Holdings, LLC
5055 Collins Ave Apt 5-D
Miami Beach, FL 33140

Todd and Elizabeth Branstetter
99 S.W. 11th Court
Boca Raton, FL 33486

William Russell
1061 Gulfstream Way
West Palm Beach, FL 33404