UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:                                                                       Case No. 18-14622-EPK
                                                                             Chapter 11

THE TREATMENT CENTER OF
THE PALM BEACHES, LLC

    Debtor.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

    In compliance with Local Rule 2081-1(B), the Debtor-in-Possession THE TREATMENT CENTER OF THE PALM BEACHES, LLC., files this Chapter 11 Case Management Summary and states:

    The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition):   **April 19, 2018**

2. Names, case numbers and dates of filing of related debtor:
   **N/A**

3. Description of debtor's business:

   **The Debtor owns a drug and alcohol treatment facility.**

4. Locations of debtor's operations and whether the business premises are leased or owned:

   **Principal business owned: 4905 Lantana Road Lake Worth, FL 33463.**

   **Leased Premises: Shoppes of Atlantis located at 5825, 5829, 5835, 5841, 5849 South Congress Ave Atlantis, Florida 33462.**

   **Leases Premises: 3083 Florida Mango Road Lake Worth, FL 33461**

5. Reasons for filing chapter 11:

   **To reorganize the business.**

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

   | Name | Title | 2017 Gross Earnings |
   |---|---|---|
   | Kathleen Chernak | President/CEO | 453,168.00 |
   | Anthony Graham Foster | COO | 293,592.00 |
   | William Russell | CEO | 163,096.00 |
   | Todd Branstetter | CFO | 243,379.00 |
   | Barry Laramee | Director of Facilities | 328,998.00 |

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

   GROSS INCOME - YEAR TO DATE:     GROSS INCOME PRIOR YEAR:
   **1/01/2018 to filing date - $6,490,161.00     1/01/2017 to 12/31/2017 -$26,806,167.00**

8. Amounts owed to various creditors:

   a. Obligations owed to priority creditors including priority tax obligations:

   IRS: **$0.00**

   SALES TAX: **$0.00**

   PAYROLL TAX: **$0.00**

   PROPERTY TAX: **Total - $135,982.73 for the 2017 tax year.**

   OTHER TAXES: **None**

   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and
   CREDITOR:            AMT CLAIM            COLLATERAL VALUE

   **EverBank Commercial Finance, Inc. - amount owed $4,969.54.**

   **JP Morgan Chase Bank, N.A. - $2,482,985.64. Secured by real property. Approximate collateral value: $6,298,466.00.**

**JP Morgan Chase Bank, N.A. - $643,875.80 Secured by all Inventory, Chattel Paper, Accounts, Equipment and General Intangibles.**

**Approximate collateral value: $643,875.80.**

**Konica Minolta Premier Finance - $348,080.46. Secured by the collateral also includes all currently existing and future attachments, parts, accessories and add-ons for all of the foregoing equipment, and all products and proceeds thereof.**

**Approximate collateral value: $17,000.00**

    c. Amount of unsecured claims: **$2,979,318.12 - priority and non-priority unsecured claims.**

9. General description and approximate value of the debtor's assets:
**Debtor's principal asset is commercial property located at 4905 Lantana Road Lake Worth, FL 33463. The property is approximately valued at $6,298,466.00.**

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires;

    **See Attached Sheet**

11. Number of employees and amounts of wages owed as of petition date:
    No. Employees: **121**
    Prepetition Wages Owed: **$ None**

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):
    Are payroll taxes current? **Yes**   If not, amount outstanding, time period outstanding:

13. Anticipated emergency relief to be requested within 14 days from the petition date: Motion to Use Cash Collateral, Motion to Maintain Pre Existing Bank

Accounts and Motion for Order Determining Adequate Assurance of payment for Future Utility Services.

THE TREATMENT CENTER OF THE PALM BEACHES, LLC

Signature: *[signature]*

Judith Gargiulo, Manager
*(Name of Corporate Officer or Authorized Representative)*

| Insurance Company | Group # | Plan Type | Coverage period | Employer | Employee | Total | Status | Due Date |
|---|---|---|---|---|---|---|---|---|
| Blue Cross Blue Sheild | 65799 002 | PPO | 03/1/2018 - 03/01/2019 | 7,804.64 | 11,224.58 | 19,029.22 | Current | 5/1/2018 |
| Blue Cross Blue Sheild | 65799 005 | HMO | 03/1/2018 - 03/01/2019 | 21,484.18 | 5,378.91 | 26,863.09 | Current | 5/1/2018 |
| Blue Cross Blue Sheild | 65799 009 | HMO | 03/1/2018 - 03/01/2019 | 17,835.96 | - | 17,835.96 | Current | 5/1/2018 |
| Blue Cross Blue Sheild | 65799 C05 | Cobra-HMO | 03/1/2018 - 03/01/2019 | 1,961.76 | - | 1,961.76 | Current | 5/1/2018 |
| Blue Cross Blue Sheild | 65799 C02 | Cobra-PPO | 03/1/2018 - 03/01/2019 | 11,477.71 | | 11,477.71 | Current | 5/1/2018 |
| Florida Blue Group Ancillary | 7DV199 | Dental & Vision | 03/1/2018 - 03/01/2019 | 3,164.53 | 1,209.19 | 4,373.72 | Current | 5/1/2018 |
| Unum Provident Life and Accident Insurance Co | E0578609 | Hospital, Critical Illness, Accidental, Whole Life, Cancer Protection | 03/1/2018 - 03/01/2019 | 186.03 | 575.95 | 761.98 | Current | 5/1/2018 |
| Unum Life Insurance Company of America | #0632279-001 8 | Basic Life & Accidental Death & Dismemberment | 03/1/2018 - 03/01/2019 | 1,239.92 | | 1,239.92 | Current | 5/1/2018 |
| Unum Life Insurance Company of America | #0079473-001 9 | Lifestyle Life, Souse Life, Child Life, Voluntary Death & Dismemberment | 03/1/2018 - 03/01/2019 | 314.90 | | 314.90 | Current | 5/1/2018 |

| Insurance Company Name | Policy Type | Property Covered | Policy Number | Coverage period | Monthly premium | Annual premium | Amount of Coverage | Premium status | Due Date |
|---|---|---|---|---|---|---|---|---|---|
| Chubb/Federal Insurance Company | Magement Liability | All locations | 8221-5850 | 3/31/2018 - 02/01/2019 | | | 5,000,000 | Late as of 4/22 | 4/21/2018 |
| Endurance American Specialty Insurance Company | Property | All locations | ESP30000462100 | 02/01/2018 - 02/01/2019 | 7,538 | | 10,000,000 | Current | 5/1/2018 |
| Illinois National Insurance Company | Cyber Liability | All locations | 01-174-39-04 | 02/01/2018 - 02/01/2019 | 813 | | 1,000,000 | Current | 5/1/2018 |
| Philadelphia insurance Company | General Liability, Crime, Inland Marine | | PHPK1772960 | 02/01/2018 - 02/01/2019 | 2,797 | | | Late as of 4/22 | 4/21/2018 |
| Philadelphia insurance Company | Auto | | PHPK1772960 | 02/01/2018 - 02/01/2019 | 2,468 | | 1,000,000 | Late as of 4/22 | 4/21/2018 |
| Philadelphia insurance Company | Workers Compensation, Employee Benefits, Professional Liability, Sexual/Physical Abuse | All locations | PHPK1772960 | 02/01/2018 - 02/01/2019 | 2,912 | | 3,000,000 | Late as of 4/22 | 4/21/2018 |
| Philadelphia insurance Company | Umbrella: additional coverage limits over auto, medical malpractice, general liability, employer liability & workers compensation. | All locations | PHUB616744 | 02/01/2018 - 02/01/2019 | 2,989 | | 3,000,000 | Late as of 4/22 | 4/21/2018 |
| The Hartford | Florida telemarketing surity bond | 5825 South Congress Ave | 08BSBH64783 | 6/26/17 - 6/26/2018 | | 500 | | Current | |
| Commerce and Industry insurance company | Storage tank liability | 4905 Lantana Rd. | 5148600 | 7/11/17 - 7/11/18 | | 555 | 1,000,000 | Current | |
| Chubb/Federal Insurance Company | Boiler and Machinary | 4905 Lantana Rd. | 7643-60-32 | 2/01/18 - 2/01/2019 | | 1,718 | 7,488,140 | Current | |
| Wright National Flood Insurance Company | Flood insurance | 5861, 5865 S. Congress Ave | 09 1151069061 04 | 02/27/18 - 02/27/19 | | 929 | Building 100,000 Content 200,000 | Current | |
| Wright National Flood Insurance Company | Flood insurance | 5841 S. Congress Ave | 09 1151069060 04 | 02/27/18 - 02/27/19 | | 937 | Building 200,000 Content 100,000 | Current | 2/27/2019 |
| Wright National Flood Insurance Company | Flood insurance | 5835 S. Congress Ave | 09 1151069059 04 | 02/27/18 - 02/27/19 | | 753 | Building 100,000 Content 100,000 | Current | 2/27/2019 |
| Wright National Flood Insurance Company | Flood insurance | 5821, 5825 S. Congress Ave | 09 1151069058 04 | 02/27/18 - 02/27/19 | | 937 | Building 200,000 Content 100,000 | Current | 2/27/2019 |
| Wright National Flood Insurance Company | Flood insurance | 5813 S. Congress Ave | 09 1151069063 04 | 02/27/18 - 02/27/19 | | 698 | Building 100,000 Content 75,000 | Current | 2/27/2019 |
| Zenith Insurance Company | Worker compensation | All locations | Z133139403 | 01/21/18 - 01/21/2019 | 12,935 | | | | |