UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:  Case No. 18-14622-EPK
Chapter 11

THE TREATMENT CENTER OF THE PALM BEACHES, LLC

Debtor.
_____/

**DEBTOR-IN-POSSESSION APPLICATION
FOR EMPLOYMENT OF ATTORNEY
*NUNC PRO TUNC* TO DATE OF PETITION**

THE TREATMENT CENTER OF THE PALM BEACHES, LLC., Debtor and Debtor-in-Possession ("The Treatment Center"), through Manager, Judi Gargiulo, respectfully requests an order of the court authorizing the employment of ROBERT C. FURR, ESQ. and the law firm of FURR AND COHEN, P.A., *nunc pro tunc* to the date of the Chapter 11 Petitions, **April 19, 2018**, to represent the Debtor in this case and states:

1. On April 19, 2018, The Treatment Center of the Palm Beaches, LLC., filed a voluntary petition under chapter 11 of the United States Bankruptcy Code under Case No. 18-14622-EPK.

2. The Debtor desires to employ ROBERT C. FURR, ESQ. and the firm of FURR AND COHEN, P.A., (the "Attorney") 2255 Glades Road, Suite 301E, Boca Raton, FL 33431, telephone (561)395-0500, as attorneys in this Chapter 11 case.

3. The Debtor believes that the Attorney is qualified to practice in this court and is qualified to advise the debtor on its relations with, and responsibilities to, the creditors and other interested parties.

4. The professional services the attorney will render are summarized as follows:

(a) To give advice to the Debtor with respect to its powers and duties as a debtor-in-possession and the continued management of its business operations;

- 1 -

(b) To advise the Debtor with respect to its responsibilities in complying with the U.S. Trustee's Operating Guidelines and Reporting Requirements and with the rules of the court;

(c) To prepare motions, pleadings, orders, applications and other legal documents necessary in the administration of the cases;

(d) To protect the interest of the Debtor in all matters pending before the court;

(e) To represent the Debtor in negotiation with creditors in the preparation of a plan.

5. To the best of the Debtor's knowledge, neither said Attorney nor said law firm have any connection with the creditors or other parties in interest or their respective attorneys. Neither said attorney nor said law firm represent any interest adverse to the Debtor. Robert C. Furr serves as a Panel Trustee in the Southern District of Florida in Chapter 7, Chapter 12 and Chapter 11 cases.

6. Attached to this motion is the proposed attorney's affidavit demonstrating ROBERT C. FURR, ESQ. and the firm of FURR AND COHEN, P.A. are disinterested as required by 11 U.S.C. § 327(a) and a verified statement as required under Bankruptcy Rule 2014.

7. Pursuant to Local Rule 2014-1(A), copies of the *Retainer Agreement* executed by the Debtor is attached hereto.

WHEREFORE, the Debtor respectfully request an Order authorizing retention of ROBERT C. FURR, ESQ. and the law firm of FURR AND COHEN, P.A., *nunc pro tunc* to the date of Chapter 11 Petition, **April 19, 2018**, on a general retainer, pursuant to 11 U.S.C. §§ 327 and 330, and for such other and further relief as this Court deems just and proper.

THE TREATMENT CENTER OF THE PALM BEACHES.

Dated: 4/19/18

By _____
Judi Gargiulo, Manager

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:                                              Case No. 18-14622-EPK
                                                    Chapter 11

THE TREATMENT CENTER OF THE PALM BEACHES, LLC

    Debtor.
_____/

### AFFIDAVIT OF PROPOSED ATTORNEY FOR DEBTOR IN POSSESSION

STATE OF FLORIDA          )
                          ) ss
COUNTY OF PALM BEACH      )

    Robert C. Furr, Esq., being duly sworn, says:

    1.    I am an attorney admitted to practice in the State of Florida, the United States District Court for the Southern District of Florida and qualified to practice in the U.S. Bankruptcy Court for the Southern District of Florida.

    2.    I am employed by the law firm of <u>Furr and Cohen, P.A.</u>, with offices located at <u>2255 Glades Road, One Boca Place Suite 301E, Boca Raton, FL 33431</u>.

    3.    Neither I nor the firm represent any interest adverse to the Debtor, or the estate, and we are disinterested persons as required by 11 U.S.C. § 327(a).

    4.    Robert C. Furr serves as a Panel Trustee in the Southern District of Florida in Chapter 7, Chapter 12 and Chapter 11 cases.

    5.    Except for the continuing representation of the Debtor, neither I nor the firm has or will represent any other entity in connection with this case and neither I nor the firm will accept any fee from any other party or parties in this case, except the debtor in possession.

    6.    Furr and Cohen, P.A. received a retainer of $75,000.00 to represent the Debtor in this Chapter 11 case. Pre-petition the Debtor paid attorneys' fees totaling $49,115.00, filing fee of $1,717.00, leaving a net retainer of $25,885.00. There are no outstanding pre-petition fees due to Furr and Cohen, P.A. from the Debtor.

FURTHER AFFIANT SAYETH NAUGHT.

                        FURR AND COHEN, P.A.
                        Attorney for Debtor

                        By _____
                            ROBERT C. FURR, ESQ.
                            Florida Bar No. 210854
                            EMAIL rfurr@furrcohen.com

STATE OF FLORIDA

COUNTY OF PALM BEACH

    The foregoing instrument was acknowledged before me this 16th day of May 2018, by ROBERT C. FURR, ESQ., who is personally known to me, and who did not take an oath.

                    _____
                      Notary Public-State of Florida

My Commission expires:

COLEEN C. WORKINGER
MY COMMISSION # GG 019194
EXPIRES: August 26, 2020
Bonded Thru Budget Notary Services



March 22, 2018

Marc P. Barmat
Charles I. Cohen
Alan R. Crane
Robert C. Furr
Alvin S. Goldstein
Jason S. Rigoli
Aaron A. Wernick

**RETAINER AGREEMENT**

SENT VIA EMAIL: judi@jglawpc.com
Judi Gargiulo, Esq., Manager
The Treatment Center of the Palm Beaches, LLC
4905 Lantana Road
Lake Worth, FL 33463

RE:   Chapter 11 case
      The Treatment Center of the Palm Beaches, LLC (the "**Client**")

Dear Ms. Gargiulo:

This letter will confirm that The Treatment Center of the Palm Beaches LLC has engaged Furr and Cohen, P.A. (the "**Firm**") to represent it in the filing of a Chapter 11 bankruptcy proceeding.

The purpose of this letter is to set forth our mutual understanding regarding the legal services to be rendered by the Firm and the basis on which fees will be payable for such services.

1.   Professional Undertaking:   Alvin Goldstein and I will take primary responsibility for representation. If at any time the Client has any questions or concerns, please contact me at once.

2.   Fees and Costs:   The Client has agreed to pay the Firm an initial retainer of $25,000.00. All fees are earned upon receipt. Unless we agree in writing as to a flat fee for any matter, the retainer, plus any other legal, services performed not provided for under the retainer, will be billed against our prevailing hourly rates which are currently $650.00 per hour for attorney Robert C. Furr, $550.00 per hour for attorneys Charles I. Cohen and Alvin Goldstein, $500.00 per hour for attorneys Marc P. Barmat and Alan R. Crane, $500.00 per hour for attorney Aaron A. Wernick and $350.00 per hour for attorney Jason S. Rigoli, $150.00 for paralegals Coleen Workinger, Lyndia Titus, Rose Rivera, and Wendy Schnapp plus expenses including but not limited to: court costs, filing fees, witness fees, photocopying, messenger service, overnight delivery, facsimile fees, long distance telephone calls, computerized legal research and all other similar expenses incurred in this matter. The Client agrees to reimburse the Firm for those expenditures as are deemed reasonable and necessary to represent the Client's interests in these matters. An additional retainer will be required before filing.

The Client authorizes the undersigned to make and agree to reimburse the Firm for those expenditures as are deemed reasonable and necessary to represent its interests in these matters.

March 22, 2018
Page 2

Any unused retainer will be returned at the conclusion of the Client's case. From time to time at the Firm's discretion, we may require additional retainers for continued representation.

3. Termination: It is agreed that the Firm shall have the right to withdraw from the case if the Client has misrepresented or failed to disclose material facts to the Firm or if the Client fails to follow our legal advice, or if the Client fails to pay a statement rendered by this office within thirty (30) days of receipt. In any of these events, Client agrees to execute such necessary documents as will permit the Firm to withdraw. If we withdraw from the Client's case, the Client is not relieved of the obligation to pay outstanding unpaid fees and costs. Client has the right to terminate representation by the Firm at any time, but will be responsible for all fees and costs up until the time of termination. All termination requests must be made in writing or by email.

4. Outcome: The Client acknowledges that the Firm has made no guarantee, warranty or representation in connection with the favorable outcome or disposition of any phase of this case or matters which the Firm has been retained and all expressions relative to it are only the Firm's opinion. Client agrees to cooperate fully with us and agrees not to do anything which would compromise our professional conduct and ethics.

5. Scope: The provisions of this Agreement shall apply to the matters referred to herein and to such further matters that the Firm shall handle for the Client, from time to time, unless other arrangements are made in writing between the Client and the Firm for our fees and expenses.

6. The Client acknowledges that the Firm shall have a retaining lien on the office file and on all of the Client's documents, property, or money in its possession for the payment of all sums due it from the Client under this agreement. The Firm shall further have a charging lien on all personal or real property that it obtained for the Client and may institute suit if necessary against the Client and intervene in the action in which it represented the Client as a party litigant.

7. In the event it is necessary to institute a lawsuit for the collection of any fees and advances due to the Firm by the Client, the Client agrees to pay, in addition to any judgment for such fees and advances, all costs and expenses necessitated, thereby including reasonable attorney's fees.

Venue for such action shall lie in Palm Beach County, Florida. All unpaid bills over thirty (30) days bear interest at 12% per annum.

If the foregoing is acceptable, please so indicate by signing below and returning the original of this letter to the undersigned. A copy is provided for the Client's convenience.

I look forward to working with you on these matters.

March 22, 2018
Page 3

Very truly yours,

FURR COHEN, P.A.

Robert C. Furr
E-mail: rfurr@furrcohen.com

Dated: 3/22/18

Read, Approved and Agreed as Above

**THE TREATMENT CENTER OF
THE PALM BEACHES, LLC**

By: _____   Date: 3/23/18
Judi Gargiulo, Manager