

**GLASSRATNER**

June 18, 2018

Invoice # :  29183

ROBERT FURR, ESQ.
FURR AND COHEN, P.A.
2255 GLADES ROAD
SUITE 301E
BOCA RATON FL

In Reference To: **The Treatment Center of the Palm Beaches**

For professional services rendered during the period  May 01, 2018    through    May 31, 2018

### Billing Recap by Professional

| Name | Hours | Rate |
|------|-------|------|
| Alan Barbee, CPA, ABV | 17.10 | 450.00 |
| Michael Thatcher, CIRA | 22.80 | 395.00 |
| Teresa Licamara, CPA, ABV, CFF, CIRA | 42.90 | 350.00 |
| Jonathan Eargle, CPA/ABV, CVA, CFE | 46.00 | 250.00 |

| | Hours | Amount |
|---|-------|--------|
| Total Professional Service Fees | 128.80 | $43,216.00 |
| Balance due | | $43,216.00 |

### Client funds transactions

| | | |
|---|---|---|
| | Previous balance of Retainer | $0.00 |
| 6/14/2018 | Payment to account No. WIRE | $40,000.00 |
| | New balance of Retainer | $40,000.00 |

**Thank you for working with GlassRatner, we don't take our clients for granted.**

For our wiring instructions, please contact GlassRatner directly using the contact information below.    Tax ID Number: 58-2660177
3445 Peachtree Rd., NE, Suite 1225 | Atlanta, GA 30326 | Tel: 678.904.1990 Fax: 678.904.1991 | www.glassratner.com

The Treatment Center of the Palm Beaches

**Professional Services Detail**
**Business Analysis**

| | | | | Hours | Subtotal |
|---|---|---|---|---|---|
| 5/24/2018 | A. Barbee | Business Analysis | Review and comment on proposed pleadings (.4). Initial site visit, tour of facilities, interview employees & conference call with VP and CRO (4.9). Phone counsel (.5). | 5.80 | |
| | M. Thatcher | Business Analysis | Review Envision Chapter 11 bankruptcy declaration to determine reasons for filing and identify changes in healthcare reimbursement for rehab facilities nationwide; prepare and send comments to A. Barbee and T. Licamara (GlassRatner); discuss comments and partial attendance on call with J. Gargiulo; discuss initial thoughts on case strategy. | 1.20 | |
| | M. Thatcher | Business Analysis | Call with A. Barbee and T. Licamara (GlassRatner), Judi Gargiulo (TTC manager) and TTC accounting staff to discuss the center's background and present challenges. | 1.00 | |
| | J. Eargle | Business Analysis | Site visit to Treatment Center of the Palm Beaches; Meetings and interview with accounting personnel; Begin preparation of 13 week cash budget; Begin compiling supporting documentation. | 8.40 | |
| | T. Licamara | Business Analysis | Site visit, call with VP, begin review and analysis for budget. | 7.40 | |
| 5/25/2018 | A. Barbee | Business Analysis | Analyze employee census (.4) and financial analysis prepare by consultant (.5) Phone conferences with CRO and TAL (1.0) CRO and counsel (.6) regarding analysis, non-debtor and feasibility issues. | 2.50 | |
| | M. Thatcher | Business Analysis | Review previous version of cash flow forecast as well as most current forecast and identify possible cost cuts; discuss Medical associates status as a nonDebtor funded by a Debtor; review current employee roster. | 0.90 | |
| | J. Eargle | Business Analysis | Continue supervision of 13 week cash budget; analyze access to Debtor computer systems and electronic accounting records (QuickBooks); Continue compiling supporting documentation. | 8.50 | |
| | T. Licamara | Business Analysis | Review QB financials and plan with staff for summarizing same; compare 2016 QB financial statements to audit and identify discrepancies. | 1.50 | |
| 5/27/2018 | M. Thatcher | Business Analysis | Review updated CF model, P&L and BS by YE 2015, 2016 and 2017 and audited financial statements and accompanying notes for 2015 and 2016. | 1.50 | |
| | J. Eargle | Business Analysis | Prepare analysis of financial statements (Balance Sheet and Profit & Loss); attend planning meeting with management. | 1.50 | |
| 5/29/2018 | J. Eargle | Business Analysis | Continue supervision and preparation of 13 week cash budget; Continue compiling supporting documentation; attend meetings with accounting personnel and HR personnel. | 8.80 | |
| | T. Licamara | Business Analysis | Onsite meetings with accounting staff; analyze Debtor's records and continue to prepare 13-week budget. | 10.00 | |
| 5/30/2018 | M. Thatcher | Business Analysis | Discuss with T. Licamara and J. Eargle (GlassRatner) re: 13-week budget and address expenses and how to address census and monthly collections. | 2.40 | |
| | J. Eargle | Business Analysis | Attend planning meeting with management to discuss court hearing and upcoming assignments to be completed; continue supervision and preparation of 13 week cash budget; Continue compiling supporting documentation; attend meetings with accounting personnel. | 8.10 | |

The Treatment Center of the Palm Beaches

| Date | Timekeeper | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/31/2018 | J. Eargle | Business Analysis | Research payroll to be paid on June 1; research all other expenses to be paid to thru June 1; Prepare daily cash balance as of May 31; Prepare weekly census analysis for previous 12 weeks; analyze several updates and modifications to cash budget. | 7.80 | |
| | | SUBTOTAL: | | 77.30 | $23,890.00 |
| 5/25/2018 | M. Thatcher | Business Operations | Call with A. Goldstein (Debtor's counsel) re: initial thoughts associated with restructuring, sale or liquidation of TTC. | 0.50 | |
| | T. Licamara | Business Operations | Continue analysis of Debtor's operations and supervision of budget preparation (3.5); call with CRO and A. Barbee (1). | 4.50 | |
| 5/26/2018 | M. Thatcher | Business Operations | Call with A. Barbee (GlassRatner) to discuss J. Gargiulo communication to employees due to attrition issues; prepare initial draft of CRO email to employees for review by GlassRatner, Debtor's counsel and Lender's counsel. | 0.50 | |
| | M. Thatcher | Business Operations | Finalize CRO draft of communication to employees and send to A. Barbee (GlassRatner), R. Furr and A. Goldstein (Debtor's counsel) and P. Singerman and K. Chernak (Lender's counsel and Lender) for review and comments. | 0.70 | |
| 5/28/2018 | M. Thatcher | Business Operations | Review correspondence re: employee message; send to J. Gargiulo to send to employees. | 0.40 | |
| 5/29/2018 | A. Barbee | Business Operations | Supervise preparation of 13 week budget; research and conference call with CRO and counsel re: WARN ACT; phone call with Debtor's counsel and DIP lender counsel regarding comments to retention motion. | 2.00 | |
| 5/30/2018 | M. Thatcher | Business Operations | Request information related to census, collections and assumptions associated with previous budgets; understand recoupment issue and age of collections. | 2.40 | |
| | T. Licamara | Business Operations | Meet with accounting staff, VP of operations, marketing staff, and HR director; continue analysis of 13-week budget. | 9.50 | |
| 5/31/2018 | A. Barbee | Business Operations | Coordinate with CRO & counsel and research Physicians Medical Associates; review 13 week cash flow, DIP financing order, retention order, license, WARN Act, etc. | 1.50 | |
| | M. Thatcher | Business Operations | Request census info for Debtor's counsel; call with R. London and J. Gargiulo (Debtor) and T. Licamara and J. Eargle (GlassRatner) re: treatment center initiatives, cost savings and how to address liquidity issues for next 30 days. | 2.20 | |
| | M. Thatcher | Business Operations | Call with J. Gargiulo and T. Licamara (GlassRatner) to discuss Gargiulo's extended stay to work with Debtor and GlassRatner; discuss personnel and billing issues to be addressed. | 2.00 | |
| | T. Licamara | Business Operations | Continue meetings with accounting staff, VP, and CRO; telephonic conference with Debtor's billing company; continue analysis of assumptions associated with preparation of 13- week budget. | 8.50 | |
| | | SUBTOTAL: | | 34.70 | $12,886.50 |
| 5/24/2018 | A. Barbee | Case Administration | Review schedules, budgets, motion for cash collateral, motion for financing and planning with CRO and staff. | 2.00 | |
| | J. Eargle | Case Administration | Review documentation provided to date; attend planning meeting with management and CRO; Prepare for site visit and elements of turnaround assignment. | 2.90 | |

The Treatment Center of the Palm Beaches

6/18/2018
Invoice # 29183
3 of 3

| | | | | | |
|---|---|---|---|---|---|
| | T. Licamara | Case Administration | Discuss and plan with A. Barbee for site visit (.3) Call with counsel to plan for site visit (.2) Review Petition, Motion for DIP loan and other key pleadings to gain understanding of case and Debtor (1). | 1.50 | |
| | SUBTOTAL: | | | 6.40 | $2,150.00 |
| 5/24/2018 | M. Thatcher | Fee Application Matters/Objections | Review application, Thatcher affidavit, engagement letter, bio, and proposed order for retention of CRO and GlassRatner as financial advisor; prepare edits and send to Debtor's counsel. | 2.20 | |
| 5/27/2018 | M. Thatcher | Fee Application Matters/Objections | Review filed GlassRatner retention application; review agenda for court hearing to be held on 5/30/18. | 0.50 | |
| 5/30/2018 | A. Barbee | Fee Application Matters/Objections | Supervise preparation of 13 week budget for DIP financing (1.1); prepare for (.5) and attend (1.7) hearings on CRO retention, use of cash collateral and post petition financing. | 3.30 | |
| | M. Thatcher | Fee Application Matters/Objections | Prepare for Telephonic court appearance for interim use of cc, DIP financing and GlassRatner retention. | 2.20 | |
| | M. Thatcher | Fee Application Matters/Objections | Attend court hearing telephonically re: use of cc, DIP financing and GlassRatner retention; hear objections thereto. | 1.20 | |
| 5/31/2018 | M. Thatcher | Fee Application Matters/Objections | Correspondence with DIP lender's counsel, Debtor's counsel and UST re: indemnification language of retention application. | 1.00 | |
| | SUBTOTAL: | | | 10.40 | $4,289.50 |
| | | | Total: | 128.80 | $43,216.00 |

GlassRatner Advisory Capital Group, LLC